# In the United States Court of Federal Claims

**06-778 T**

**Filed: 11/17/2006**

**ABBOTT LABORATORIES AND U.S. SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**Document** : Complaint with Exhibits A through X

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.