ORIGINAL

FILED
NOV 17 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ABBOTT LABORATORIES AND U.S. SUBSIDIARIES, Plaintiff, | |
| v. | Docket No. 06-778 T |
| UNITED STATES OF AMERICA, Defendant. | |

## RULE 7.1 DISCLOSURE STATEMENT

Counsel for the Plaintiff certifies that:

The full name of every party represented by me is Abbott Laboratories and U.S. Subsidiaries.

The name of the real party in interest is Abbott Laboratories.

There are no parent corporations or any publicly held companies that own ten percent or more of the stock of the party represented by me.

The name of the law firm and the partners or associates that appeared for the party now represented by me in the trial court is Baker & McKenzie LLP.

Respectfully submitted,

Robert W. DeJoy, Jr. /gh

Robert W. DeJoy, Jr.
Attorney for Plaintiff, Abbott Laboratories
and U.S. Subsidiaries

Baker & McKenzie LLP
1114 Avenue of the Americas.
New York, New York 10036
Phone: (212) 891-3993
Facsimile: (212) 310-1600