# In The United States Court of Federal Claims

No. 06-778T

(Filed: December 8, 2006)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 8, 2006, defendant filed an unopposed motion for an enlargement of time of 45 days to and including March 2, 2007. Defendant's motion is hereby **GRANTED.** Defendant will have an additional 60 days to response to plaintiff's complaint. On or before March 23, 2007, defendant shall file its response. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge