# In The United States Court of Federal Claims

No. 06-778T

(Filed: March 28, 2007)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 17, 2006, plaintiff filed its complaint in this case. On December 8, 2006, defendant filed an unopposed motion for an enlargement of time of 45 days to and including March 2, 2007, in order to respond to plaintiff's complaint. On that same day, the court granted this motion, ordering defendant to file its response on or before March 23, 2007. On March 23, 2007, defendant filed a motion to strike ¶¶ 44 through 69 of plaintiff's complaint and for leave to file an answer responding only to ¶¶ 1 through 43 of the complaint.

Defendant's motion is **DENIED**. Accordingly, on or before April 6, 2007, defendant shall answer the remainder of plaintiff's complaint. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge