# EXHIBIT

# Z

Form **1120-FSC** U.S. Income Tax Return of a Foreign Sales Corporation (Please Type or Print) OMB No. 1545-0935 **1988**

Department of the Treasury Internal Revenue Service

For calendar year 1988 or other tax year beginning ............, 1988 and ending ............, 19 ....

| | | |
|---|---|---|
| A Date of incorporation: 12/12/84 | Name: ABBOTT TRADING COMPANY, INC. | D Country or U.S. Possession of incorporation (See instructions.): U.S. VIRGIN ISLANDS |
| B Date of FSC or Small FSC election: 01/29/85 | Number and street (or P.O. box number if mail is not delivered to street address): TAX DIVISION, D-367/AP6D | E Employer identification number: 36-3335431 |
| C Check type of election made: ☒ FSC ☐ Small FSC | City or town, state, ZIP code, or country: ABBOTT PARK, IL 60064-3500 | F Total assets (See Specific Instructions.) Dollars / Cents: $ 42,211,419 00 |

G Refer to the last page of the instructions and enter the principal:

(1) Business code number ▸ 2830 (2) Business activity ▸ COMMISSION AGENT (3) Product or service ▸ HEALTH CARE PRODUC

H Complete the following for the shareholder (individual, corporation, partnership, trust, or estate) who at the beginning of the FSC tax year was the principal shareholder. If two or more shareholders owned equal amounts of stock, enter the information for the shareholder that has the same tax year as the tax year of the corporation.

| | | | |
|---|---|---|---|
| (1) Name: ABBOTT LABORATORIES | | | (2) Identifying number: 36-0698440 |
| (3) Address: ONE ABBOTT PARK ROAD, ABBOTT PARK, IL 60064-3500 | | | (4) Total assets (corporations only): $ 3,557,510,163 00 |
| (5) Percentage of voting stock owned: 100% | (6) Tax year end (month and year): 12/88 | (7) Service Center where return was (or is to be) filed: KANSAS CITY, MO | (8) Foreign owner? ☐ Yes ☒ No |

*Note: If the FSC is a member of a controlled group of corporations as defined in section 927(d)(4) and the principal shareholder for which information is provided in H(1) through H(8) above is not the common parent of the group, complete H(9) through (15) below for the common parent of the group. (See instructions.)*

| | | |
|---|---|---|
| (9) Name of common parent | (10) Identifying number | (11) Service Center where return was (or is to be) filed |
| (12) Address | | |
| (13) Percentage of voting stock owned | (14) Tax year end (month and year) | (15) Total assets (consolidated if applicable) $ |

I Enter the amount of tax-exempt interest income received or accrued during the tax year . . . . . . . . . $

J Administrative Pricing Rules:

(1) Check the appropriate box(es) to indicate the pricing rule(s) used in determining the taxable income on transactions resulting in foreign trading gross receipts:

(a) ☐ 1.83% of gross receipts (b) ☒ 23% of combined taxable income (c) ☐ Marginal costing if 23% method is used (d) ☐ Section 482 method

(2) Check here if the FSC and the related supplier(s) have met the payment arrangement requirements of Temporary Regulations section 1.925(a)-1T(b)(2)(ii) and are thereby electing under that Regulations section to have met the requirements for use of the administrative pricing rules . . . . ☒

## Computation of Tax Due or Tax Overpayment

| | | | | |
|---|---|---|---|---|
| 1 | Total tax (Schedule J) . . . . . . . | | 1 | 5,192,277 00 |
| 2 | Payments: *INCLUDES INTEREST OF $43,928 | | | |
| a | 1987 overpayment credited to 1988 | 2a | | |
| b | 1988 estimated tax payments | 2b 3,995,000 00 | | |
| c | Less 1988 refund applied for on Form 4466 | 2c ( ) | d Bal ▸ 2d | |
| e | Tax deposited with Form 7004 | | 2e | 500,000 00 |
| f | Credit for Federal tax on fuels (attach Form 4136) | | 2f | |
| g | U.S. income tax paid or withheld at source (attach Form 1042S) | | 2g | 2h 4,495,000 00 |
| 3 | Enter any penalty for underpayment of estimated tax—check ▸ ☐ if Form 2220 is attached | | 3 | |
| 4 | Tax due—If the total of lines 1 and 3 is larger than line 2h, enter amount owed | | 4 | 741,205 00 * |
| 5 | Overpayment—If line 2h is larger than the total of lines 1 and 3, enter amount overpaid | | 5 | |
| 6 | Enter amount of line 5 you want: a Credited to 1989 estimated tax ▸ | b Refunded ▸ | 6 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▸ Signature of officer | Date: 09/15/89 | ▸ Title: VICE PRESIDENT, TAXES

**Paid Preparer's Use Only**

Preparer's signature ▸ | Date | Check if self-employed ▸ ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address ▸ | E.I. No ▸ | ZIP code ▸

For Paperwork Reduction Act Notice, see page 1 of the instructions. Form 1120-FSC (1988)

**Schedule A** Cost of Goods Sold and/or Operations Related to Foreign Trading Gross Receipts (See Instructions.)

| | | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | |
| 2 Purchases | 2 | | |
| 3 Cost of labor | 3 | | |
| 4a Additional section 263A costs (see instructions—attach schedule) | 4a | | |
| b Other costs (attach schedule) | 4b | | |
| 5 Total—Add lines 1 through 4b | 5 | | |
| 6 Inventory at end of the year | 6 | | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. (Enter here and on line 7 of Schedule B. Small FSCs, see instructions.) | 7 | | |

8a Check all methods used for valuing closing inventory:
☐ (i) Cost ☐ (ii) Lower of cost or market as described in Regulations section 1.471-4 (see instructions)
☐ (iii) Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see instructions)
☐ (iv) Other (Specify method used and attach explanation) ▶
b Check if the LIFO inventory method was adopted this tax year for any goods (If checked, attach Form 970.) ☐
c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 8c
d Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the FSC? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation. ☐ Yes ☐ No

## Additional Information Required

| | Yes | No |
|---|---|---|
| K Was the FSC at any time during the year engaged in a trade or business in the U.S.? | | X |
| L Is the FSC a foreign personal holding company or a personal holding company? (See instructions.) | | X |
| M During the tax year, did the FSC maintain any part of its accounting/tax records on a computerized system? | X | |
| N FSC Qualification Requirements: | | |
| (1) Enter the greatest number of shareholders the FSC had at any time during the tax year ONE | | |
| (2) Did the FSC have any preferred stock outstanding at any time during the tax year? | | X |
| (3) During the tax year, did the FSC maintain an office, in a "qualifying foreign country" or "U.S. possession" (see instructions), in which a complete set of books and records (including invoices) for the FSC was maintained? | X | |
| (4) During the tax year, did the FSC maintain the records required under section 6001 at a location within the U.S.? | X | |
| (5) At all times during the tax year, did the FSC have at least one non-U.S. resident on its board of directors? | X | |
| (6) At any time during the tax year, was the FSC a member of a controlled group of corporations that included a DISC as a member? | | X |
| O Foreign Management Tests. (These requirements do not apply to small FSCs.): | | |
| (1) Did all formally convened meetings of the board of directors and all formally convened meetings of the shareholders take place outside the U.S.? | X | |
| (2) Principal bank accounts: | | |
| (a) Were all dividends, legal and accounting fees, salaries of officers, and salaries or fees of members of the board of directors disbursed from bank accounts maintained outside the U.S.? (If so, these accounts are considered to be the FSC's principal bank accounts.) | X | |
| (b) At all times during the tax year, did the FSC maintain its principal bank accounts in a "qualifying foreign country" or "U.S. possession" (see instructions)? | X | |
| Bank names ▶ CITY BANK, N.A., ST. THOMAS, VIRGIN ISLANDS Account numbers ▶ 0011509027 | | |

P Foreign Economic Process Requirements. (These requirements do not apply to small FSCs.):
(1) Check the appropriate box below to make an annual election to group the sales activities described under Regulations section 1.924(d)-1(c) on one of the following bases:
☐ customer grouping ☐ contract grouping ☒ product or product line grouping ☐ product or product line subgroupings
(2) Check one or both boxes below to indicate how the FSC met the "foreign direct costs" requirement:
☒ The FSC (or any person under contract with the FSC) met the 50% test of section 924(d)(1).
☒ The FSC (or any person under contract with the FSC) met the alternative 85% test of section 924(d)(2). Check to indicate the paragraphs of section 924(e) with respect to which this alternative test was satisfied: (1) ☒ (2) ☐ (3) ☒ (4) ☐ (5) ☒
(3) Check the appropriate box below to make the annual election described at Regulations section 1.924(d)-1(e) to group foreign direct costs on one of the following bases: ☐ customer grouping ☐ contract grouping ☒ product or product line grouping

Q Activities relating to disposition of export property:
(1) Check here if the FSC is electing under Regulations section 1.924(e)-1(e)(1) to bear the economic risk of nonpayment of certain commission contracts ☒
(2) Indicate here which one of the 5 methods listed in that Regulations section describes how the risk is to be borne by the FSC: ASSUMING THE RISK OF BAD DEBT IN ACCORDANCE WITH THE RULES OF PARAGRAPH (e)(4)(i)


Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 3/13/89

**Schedule B** Taxable Income (or Loss)

## PART I—Income Attributable to Foreign Trade Income

| Type of Receipt (see instructions) | | | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|---|---|
| 1 Sale, exchange, or other disposition of export property. (Include only 50% of military property sales. Include the other 50% on line 1, Schedule F.) | | | 70,300,295 00 | |
| 2 Lease or rental of export property for use outside the U.S. | | | | |
| 3 Services related and subsidiary to: | | | | |
| a Sale, exchange, or other disposition of export property. (Include only 50% of services related to the sale or other disposition of military property. Include the other 50% on line 1, Schedule F.) | | | | |
| b Lease or rental of export property | | | | |
| 4 Engineering or architectural services for construction projects outside the U.S. | | | | |
| 5 Managerial services for an unrelated FSC or DISC. (See instructions for determination of qualifying amount.) | | | | |
| 6 Total Foreign Trading Gross Receipts: | | | | |
| a All FSCs—Add lines 1 through 5. (FSCs that are not small FSCs, skip lines 6b through 6h and go to line 7. Small FSCs, complete lines 6b through 6h to determine your foreign trading gross receipts.) | | | 70,300,295 00 | |
| b Small FSC limitation (section 924(b)(2)(B)) | $5,000,000 | 00 | | |
| c Controlled group member's share of line 6b (see instructions) | | | | |
| d Enter smaller of: (a) number of days in tax year divided by 365, or (b) 1 (one) | | | | |
| e Proration of limitation—Line 6b or line 6c (whichever applies) times line 6d | | | | |
| f Enter total of columns (a) and (b), line 6a. (If commission income is included in line 6a, see special computation rule in line 6f instruction.) | | | | |
| g Small FSC foreign trading gross receipts that may be taken into account in determining exempt foreign trade income (enter the smaller of line 6e or 6f) *Note: If line 6f exceeds line 6e, enter the excess on line 7 of Schedule F. See line 6h instruction if commission income is involved.* | | | | |
| h Allocate the amount from line 6g to columns (a) and (b)—see instructions | | | | |
| 7 Cost of goods sold (Schedule A) (Small FSCs, enter only that portion of cost of goods sold that is attributable to the receipts on line 6h above.) (See Schedule A instructions.) | | | | |
| 8 Foreign trade income—Line 6a or 6h (whichever applies) less line 7 | | | 70,300,295 00 | |
| 9a Exemption percentage from line 3d, Schedule E | | | .65217 | |
| b Exemption percentage from line 2d, Schedule E | | | | |
| 10 Exempt foreign trade income—Multiply line 8 by lines 9a and 9b | | | 45,847,743 00 | |
| 11 Nonexempt foreign trade income—Line 8 less line 10 | | | 24,452,552 00 | |
| 12 Enter nonexempt foreign trade income from line 6, Schedule F | | | | |
| 13 Add lines 11 and 12 | | | 24,452,552 00 | |
| 14 Enter deductions from line 18, Schedule G, that are attributable to nonexempt foreign trade income | | | 9,253,455 00 | |
| 15 Net income attributable to nonexempt foreign trade income—Line 13 less line 14 | | | 15,199,097 00 | |

## PART II—Taxable Income (or Loss)

| | | |
|---|---|---|
| 16 Taxable income attributable to foreign trade income—Enter total of columns (a) and (b), line 15, reduced by any nontaxable income included in column (b). Attach a schedule that shows the computation of the taxable portion of line 15, column (b) | | 15,199,097 00 |
| 17 Taxable income from line 19, Schedule F | | |
| 18 Taxable income (or loss) before net operating loss deduction and dividends-received deduction—Add lines 16 and 17 | | 15,199,097 00 |
| 19 Less: a Net operating loss deduction (see instructions—attach schedule) | | |
| b Dividends-received deduction (see instructions—attach schedule) | | |
| c Add lines 19a and 19b | | |
| 20 Taxable income (or loss)—Line 18 less line 19c (Enter here and see instructions for Schedule J for figuring the tax on this income.) | | 15,199,097 00 |

**Schedule E** Percentages (expressed as decimals to 5 places) To Be Used in Figuring Exempt Foreign Trade Income—Sections 923(a)(2) and (3), and 291(a)(4)

**Note:** *If all shareholders are C corporations, enter .30000 on line 2d and .65217 on line 3d and skip all other lines. If all shareholders are other than C corporations, enter .32000 on line 2d and .69565 on line 3d and skip all other lines.*

| | | |
|---|---|---|
| 1 Percentage (express as decimal to 5 places) of voting stock owned by shareholders that are C corporations | 1 | |
| 2 Exemption for foreign trade income determined without regard to administrative pricing rules: | | |
| a Difference between section 923(a)(2) and section 291(a)(4)(A) percentage | 2a | .02000 |
| b Section 923(a)(2) percentage | 2b | .32000 |
| c Line 2a times line 1 | 2c | .30000 |
| d Exemption percentage—Line 2b less line 2c. (Enter here and on line 9b, Schedule B; and line 16b, Schedule G.) | 2d | |
| 3 Exemption percentage for foreign trade income determined under administrative pricing rules: | | |
| a Difference between section 923(a)(3) fraction and section 291(a)(4)(B) fraction (16/23 − 15/23 = 1/23) expressed as a decimal | 3a | .04348 |
| b Section 923(a)(3) fraction (16/23) expressed as a decimal | 3b | .69565 |
| c Line 3a times line 1 | 3c | |
| d Exemption percentage—Line 3b less line 3c. (Enter here and on line 9a, Schedule B; and line 16a, Schedule G.) | 3d | .65217 |

**Schedule F** Nonexempt Foreign Trade Income (Excluded from section 923) and Nonforeign Trade Income

**Part I—Nonexempt Foreign Trade Income (excluded from section 923)**

| | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|
| 1 Enter 50% of total receipts attributable to the sale, exchange, or other disposition of military property and related services (see instructions for line 1 of Schedule B) | | |
| 2 International boycott income (see instructions) | | |
| 3 Illegal bribes and other payments (see instructions) | | |
| 4 Add lines 1, 2, and 3 | | |
| 5 Enter cost of goods sold and other expenses related to above income | | |
| 6 Nonexempt foreign trade income—Line 4 less line 5. (Enter here and on line 12, columns (a) and (b), Schedule B.) | | |

**Part II—Nonforeign Trade Income**

| | | |
|---|---|---|
| 7 Small FSCs—If line 6f of Schedule B exceeds line 6e of Schedule B, enter the excess. (Include the deduction for cost of goods sold attributable to the excess on line 18 below.) | 7 | |
| 8 Interest income | 8 | |
| 9 Dividend income (attach schedule—see instructions) | 9 | |
| 10 Carrying charges | 10 | |
| 11 Royalties | 11 | |
| 12 Other investment income | 12 | |
| 13 Receipts excluded under section 924(f) on basis of use, subsidized receipts and receipts from related parties | 13 | |
| 14 Income from excluded property under sections 927(a)(2) and (3) | 14 | |
| 15 Income from transactions that did not qualify as foreign trade income because the foreign economic process test of section 924(d) was not met | 15 | |
| 16 Other income | 16 | |
| 17 Total—Add lines 7 through 16 | 17 | NONE |
| 18 Enter deductions allocated or apportioned to line 17 income (attach schedule—see instructions) | 18 | |
| 19 Taxable nonforeign trade income—Line 17 less line 18. (Enter here and on line 17, Schedule B.) | 19 | NONE |

Form 1120-FSC (1988) Page

**Schedule G** Deductions Allocated or Apportioned to Foreign Trade Income (See Instructions for limitations on deductions before completing lines 1 through 14.)

| | Line | (a) Using Administrative Pricing Rules | | (b) Not Using Administrative Pricing Rules | |
|---|---|---|---|---|---|
| 1 Foreign direct costs: | | | | | |
| a Section 924(e)(1) (advertising and sales promotion) | 1a | 8,719,826 | 00 | | |
| b Section 924(e)(2) (certain processing and arranging costs) | 1b | | | | |
| c Section 924(e)(3) (certain transportation costs) | 1c | 12,713,258 | 00 | | |
| d Section 924(e)(4) (certain determination and transmittal costs) | 1d | | | | |
| e Section 924(e)(5) (assumption of credit risk) | 1e | 3,755 | 00 | | |
| f Add lines 1a through 1e | 1f | | | | |
| 2 Advertising | 2 | | | | |
| 3 Interest | 3 | | | | |
| 4 Depreciation from Form 4562 (less depreciation claimed elsewhere on this return) (attach Form 4562) | 4 | | | | |
| 5 Salaries and wages | 5 | | | | |
| 6 Rents | 6 | 2,518 | 00 | | |
| 7 Sales commissions | 7 | | | | |
| 8 Warehousing . TRAFFIC, INVOICING & SHIPPING | 8 | 592,418 | 00 | | |
| 9 Freight | 9 | | | | |
| 10 Compensation of officers | 10 | | | | |
| 11 Bad debts (see instructions) | 11 | | | | |
| 12 Pension, profit-sharing, etc., plans (see instructions) | 12 | | | | |
| 13 Employee benefit programs | 13 | | | | |
| 14 Other (list): ▶ FEES TO SUBCONTRACTORS FOR ACTIVITIES DESCRIBED IN SECTION 925(c)<br>MISCELLANEOUS FEES & TAXES | 14 | 4,517,090<br>54,520 | 00<br>00 | | |
| 15 Total (add lines 1f through 14) | 15 | 26,603,385 | 00 | | |
| 16a Exemption percentage from line 3d, Schedule E | 16a | .65217 | | | |
| b Exemption percentage from line 2d, Schedule E | 16b | | | | |
| 17 Deductions relating to exempt foreign trade income—Line 15 (column (a)) times line 16a and line 15 (column (b)) times line 16b | 17 | 17,349,930 | 00 | | |
| 18 Total deductions relating to nonexempt foreign trade income—Line 15 less line 17. (Enter here and on line 14, columns (a) and (b), Schedule B.) | 18 | 9,253,455 | 00 | | |

**Schedule J** Tax Computation (See Instructions.)

1 Check if you are a member of a controlled group (see section 927(d)(4)) ▶ ☒

2 If line 1 is checked:

a Enter your portion of the $50,000 amount and $25,000 amount (in that order) in each taxable income bracket:

(i) $ NONE (ii) $ NONE

b Enter your share of the additional 5% tax (not to exceed $11,750) ▶ $ NONE

| | Line | Amount | |
|---|---|---|---|
| 3 Income tax (see instructions to figure the tax). Check this box if the FSC is a qualified personal service corporation (see instructions) ▶ ☐ | 3 | 5,167,693 | 00 |
| 4 Foreign tax credit (attach Form 1118) (see instructions) | 4 | | |
| 5 Line 3 less line 4 | 5 | 5,167,693 | 00 |
| 6 Personal holding company tax (attach Schedule PH (Form 1120)) | 6 | | |
| 7a Alternative minimum tax (see instructions—attach Form 4626) | 7a | | |
| b Environmental tax (see instructions—attach Form 4626) | 7b | 24,584 | 00 |
| 8 **Total tax**—Add lines 5, 6, 7a, and 7b. Enter here and on line 1, page 1 | 8 | 5,192,277 | 00 |

Form 1120-FSC (1988) Page 6

**Schedule L Balance Sheets**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 230 | | 6,276 |
| 2a Trade notes and accounts receivable | 34,370,878 | | | |
| b Commissions receivable | | | | |
| c Less allowance for bad debts | | 34,370,878 | | 40,774,554 |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets (attach schedule) | | 43,417 | | 1,425,504 |
| 6 Loans to stockholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9 Buildings and other fixed depreciable assets | | | | |
| a Less accumulated depreciation | | | | |
| 10 Depletable assets | | | | |
| a Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | 5,679 | | 5,379 | |
| a Less accumulated amortization | 300 | 5,379 | 294 | 5,085 |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 34,419,904 | | 42,211,419 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | | | |
| 16 Mtges., notes, bonds payable in less than 1 year | | | | |
| 17 Transfer prices payable | | | | |
| 18 Other current liabilities (attach schedule) | | 16,065,261 | | 9,482,637 |
| 19 Loans from stockholders | | | | |
| 20 Mtges., notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock | | 5,000 | | 5,000 |
| 23 Paid-in or capital surplus | | | | |
| 24 Retained earnings—Appropriated (attach schedule) | | | | |
| 25 Retained earnings—Unappropriated | | 18,349,643 | | 32,723,782 |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity | | 34,419,904 | | 42,211,419 |

**Schedule M-1 Reconciliation of Income per Books With Income per Return**

| | | | |
|---|---|---|---|
| 1 Net income per books | 29,774,139 | 7 Income recorded on books this year not included in this return (itemize): | |
| 2 Federal income tax | 3,789,901 | a Tax-exempt interest . $ | |
| 3 Excess of capital losses over capital gains | | b Exempt foreign trade income . $ | 45,847,743 |
| 4 Income subject to tax not recorded on books this year (itemize): Adj. for Final Commission | 19,353,259 | Prior Yr. Adjustments | 8,514,751 |
| 5 Expenses recorded on books this year not deducted in this return (itemize): a Depreciation $ ; b Deductions attributable to exempt foreign trade income $ ; c Travel and entertainment $ | 17,349,930 | 8 Deductions claimed on this tax return not charged against book income this year (itemize): a Depreciation . $ ; Bad Debt 3,756 ; Addl Charges 701,882 | 705,638 |
| 6 Total of lines 1 through 5 | 70,267,229 | 9 Total of lines 7 and 8 | 55,068,132 |
| | | 10 Taxable income—line 6 less line 9 | 15,199,097 |

**Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (line 25 above)**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 18,349,643 | 5 Distributions: a Cash | 15,400,000 |
| 2 Net income per books | 29,774,139 | b Stock | |
| 3 Other increases (itemize): | | c Property | |
| | | 6 Other decreases (itemize): | |
| 4 Total of lines 1, 2, and 3 | 48,123,782 | 7 Total of lines 5a, b, c, and 6 | |
| | | 8 Balance at end of year (line 4 less line 7) | 32,723,782 |



Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 3/13/89

[Form 4626 (1988)]

3255

Form **4626**

Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations
## (including environmental tax)

▶ See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0175

**1988**

Name as shown on tax return: ABBOTT TRADING COMPANY, INC.

Employer identification number: 36-3335431

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | | | 1 | 15,199,097 |
| 2 | **Adjustments:** | | | | |
| a | Depreciation of tangible property placed in service after 1986 | 2a | | | |
| b | Amortization of certified pollution control facilities placed in service after 1986 | 2b | | | |
| c | Amortization of mining exploration and development costs paid or incurred after 1986 | 2c | | | |
| d | Amortization of circulation expenditures paid or incurred after 1986 (personal holding companies only) | 2d | | | |
| e | Basis adjustments in determining gain or loss from sale or exchange of property | 2e | | | |
| f | Long-term contracts entered into after 2/28/86 | 2f | | | |
| g | Installment sales of certain property | 2g | | | |
| h | Merchant marine capital construction funds | 2h | | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | | |
| j | Tax shelter farm activity loss (personal service corporations only) | 2j | | | |
| k | Passive activity loss (closely held corporations and personal service corporations only) | 2k | | | |
| l | Income with respect to the possessions tax credit and the alcohol fuel credit | 2l | | | |
| m | Certain loss limitations | 2m | | | |
| n | Beneficiaries of estates and trusts | 2n | | | |
| o | Combine lines 2a through 2n | | | 2o | |
| 3 | **Tax preference items:** | | | | |
| a | Depletion | 3a | | | |
| b | Tax-exempt interest from private activity bonds issued after August 7, 1986 | 3b | | | |
| c | Appreciated property charitable deduction | 3c | | | |
| d | Add lines 3a through 3c | | | 3d | |
| e | Intangible drilling costs | 3e | | | |
| f | Reserves for losses on bad debts of financial institutions | 3f | | | |
| g | Accelerated depreciation of real property placed in service before 1987 | 3g | | | |
| h | Accelerated depreciation of leased personal property placed in service before 1987 (personal holding companies only) | 3h | | | |
| i | Amortization of certified pollution control facilities placed in service before 1987 | 3i | | | |
| j | Add lines 3e through 3i | | | 3j | |
| 4 | Combine lines 1, 2o, 3d, and 3j | | | 4 | 15,199,097 |
| 5 | **Excess book income adjustment:** | | | | |
| a | Enter your adjusted net book income | 5a | 29,774,139 | | |
| b | Subtract line 4 from line 5a (even if one or both of these figures is a negative number). (Enter zero if the result is zero or less) | 5b | 14,575,042 | | |
| c | Multiply line 5b by 50% | | | 5c | 7,287,521 |
| 6 | Combine lines 4 and 5c. If zero or less, stop here (you are not subject to the alternative minimum tax) | | | 6 | 22,486,618 |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | |
| 8 | Alternative minimum taxable income (subtract line 7 from line 6) | | | 8 | 22,486,618 |
| 9 | **Exemption phase-out computation:** | | | | |
| a | Tentative exemption amount. Enter $40,000 (members of a controlled group, see instructions) | 9a | | | |
| b | Enter $150,000 (members of a controlled group, see instructions) | 9b | | | |
| c | Subtract line 9b from line 8. If zero or less, enter zero | 9c | | | |
| d | Multiply line 9c by 25% | 9d | | | |
| e | Exemption. Subtract line 9d from line 9a. If zero or less, enter zero | | | 9e | |
| 10 | Subtract line 9e from line 8. If zero or less, enter zero | | | 10 | 22,486,618 |
| 11 | Multiply line 10 by 20% | | | 11 | 4,497,324 |
| 12 | Alternative minimum tax foreign tax credit | | | 12 | |
| 13 | Tentative minimum tax (subtract line 12 from line 11) | | | 13 | 4,497,324 |
| 14 | General business credit allowed against alternative minimum tax (see instructions) | | | 14 | |
| 15 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | | | 15 | 5,167,693 |
| 16 | Alternative minimum tax (subtract the sum of lines 14 and 15 from line 13). Enter on line 9a, Schedule J, Form 1120, or on the comparable line of other income tax returns | | | 16 | |
| 17 | Environmental tax (subtract $2,000,000 from line 6 (computed without regard to your environmental tax deduction), and multiply the result, if any, by 0.12% (.0012)). Enter on line 9b, Schedule J, Form 1120, or on the comparable line of other income tax returns (members of a controlled group, see instructions) | | | 17 | 24,584 |

For Paperwork Reduction Act Notice, see separate instructions.

[The next page is 3255-3.]

Form 4626 (1988)



[¶ 1326]

SCHEDULE P (Form 1120-FSC)

ALIC

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line .........., Schedule .........., Form 1120-FSC.

Department of the Treasury Internal Revenue Service

OMB No. 1545-0935

1988

Name as shown on Form 1120-FSC: ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see Instruction A):
(a) Single transaction . . . . . ☐
(b) Group of transactions . . . . ☒
(c) Aggregate of transactions . . . ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction B.) AGRICULTURE & VETERINARY

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 40,141,380 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 22,613,991 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 3,027,334 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 2,251,532 | |
| d | Add lines 2a through 2c | | 27,892,857 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 12,248,523 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 12,248,523 |
| 14 | Enter 23% of line 13 | 2,817,160 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 2,817,160 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 2,817,160 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 2,251,532 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 5,068,692 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1988

3/13/89

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

1120-FSC.7

SCHEDULE P (Form 1120-FSC)

Department of the Treasury Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line .........., Schedule .........., Form 1120-FSC.

OMB No. 1545-0935

1988

Name as shown on Form 1120-FSC

ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see Instruction A):
(a) Single transaction
(b) Group of transactions
(c) Aggregate of transactions

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction B.)

HEALTH CARE PRODUCTS

Employer identification number
36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

#### Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)

| Line | Description | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 81,372,21 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 66,081,736 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 2,640,911 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 4,119,831 | |
| d | Add lines 2a through 2c | | 72,842,47 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 8,529,73 |

#### Section A-2.—If marginal costing is used

| Line | Description | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 8,529,735 |
| 14 | Enter 23% of line 13 | 1,961,839 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 1,961,839 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 1,961,839 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 4,119,831 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 6,081,670 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1988

ALIC

**SCHEDULE P** (Form 1120-FSC)

Department of the Treasury Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line .........., Schedule .........., Form 1120-FSC.

OMB No. 1545-0935

**1988**

Name as shown on Form 1120-FSC: ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction B.) DIAGNOSTICS

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 195,715,708 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 166,722,036 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 5,006,417 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 8,834,797 | |
| d | Add lines 2a through 2c | | 180,563,244 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 15,152,464 |

**Section A-2.—If marginal costing is used**

| Line | Description | | Amount |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | Amount |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 15,152,464 |
| 14 | Enter 23% of line 13 | 3,485,067 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 3,485,067 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | Amount |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | Amount |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 3,485,067 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 8,834,791 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 12,319,858 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

ABBOTT

SCHEDULE P (Form 1120-FSC)

Department of the Treasury Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line .........., Schedule .........., Form 1120-FSC.

OMB No. 1545-0935

1988

Name as shown on Form 1120-FSC

ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☐
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction B.)

HEALTH CARE / ABBOTT LABORATORIES

Employer identification number
36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 68,933,448 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 54,434,451 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 2,771,977 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 2,022 | |
| d | Add lines 2a through 2c | | 57,208,450 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 11,724,998 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 11,724,998 |
| 14 | Enter 23% of line 13 | 2,696,750 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 2,696,750 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 2,696,750 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 2,022 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 2,698,772 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1988

3/13/89

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

1120-FSC.7

ABBOTT

SCHEDULE P (Form 1120-FSC)

Department of the Treasury Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ..........., Schedule ..........., Form 1120-FSC.

OMB No. 1545-093

1988

Name as shown on Form 1120-FSC

ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see instruction A):
(a) Single transaction
(b) Group of transactions
(c) Aggregate of transactions

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See instruction B.)

AGRICULTURAL & VETERINARY / ABBOTT LABORATORIES

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 13,059,542 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 11,780,935 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 242,402 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 4,542 | |
| d | Add lines 2a through 2c | | 12,027,879 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 1,031,663 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 1,031,663 |
| 14 | Enter 23% of line 13 | 237,282 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 237,282 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 237,282 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 4,542 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 241,824 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1988

3/13/89

ABBOTT

SCHEDULE P (Form 1120-FSC)
Department of the Treasury Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ........., Schedule ........., Form 1120-FSC.

OMB No. 1545-0935

1988

Name as shown on Form 1120-FSC: ABBOTT TRADING COMPANY, INC.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☐
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction B.) DIAGNOSTICS

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 267,552,417 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 78,779,945 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 36,082,621 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 11,390,667 | |
| d | Add lines 2a through 2c | | 126,253,233 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 141,299,184 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 141,299,184 |
| 14 | Enter 23% of line 13 | 32,498,812 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 32,498,812 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 32,498,812 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 11,390,667 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 43,889,479 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC. Schedule P (Form 1120-FSC) 1988

Form **7004**
(Rev. September 1987)
Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233
Expires 8-31-90

Name of corporation: Abbott Trading Company, Inc.
Employer identification number: 36-3335431
Number and street: D367 AP6D
City or town, state, and ZIP code: Abbott Park, IL 60064

Check type of return to be filed:

☐ Form 1120 ☐ Form 1120-A ☐ Form 1120-DF
☐ Form 1120F ☒ Form 1120-FSC ☐ Form 1120-H
☐ Form 1120L ☐ Form 1120-ND ☐ Form 1120-PC
☐ Form 1120-POL ☐ Form 1120-REIT ☐ Form 1120-RIC
☐ Form 1120S ☐ Form 990-C ☐ Form 990-T

Form 1120F filers: Check here ▶ ☐ If you do not have an office or place of business in the U.S.

1a I request an automatic 6-month extension of time until September 15, 19 89, to file the income tax return of the corporation named above for ▶ ☒ calendar year 19 88 or ▶ ☐ tax year beginning ............, 19...., and ending ............, 19 .....

b If this tax year is for less than 12 months, check reason: ☐ Initial return ☐ Final return ☐ Change in accounting period ☐ Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? . . . . . ☐ Yes ☒ No
If "Yes," complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 3 | Tentative tax (see instructions) | | 4,495,000 |
| 4 | Credits: a Overpayment from prior year allowed as a credit | | |
| b | Estimated tax payments (deposits) for the tax year | 3,995,000 | |
| c | Less refund of estimated tax for the tax year applied for on Form 4466 | ( ) 3,995,000 | |
| d | Credit from regulated investment companies and credit for overpaid windfall profit tax | | |
| e | Credit for Federal tax on gasoline and special fuels | | |
| 5 | Total—Add lines 4a through 4e | | 3,995,000 |
| 6 | Balance due—Subtract line 5 from line 3. Deposit this amount with a Federal Tax Deposit (FTD) Coupon (see instructions) | | 500,000 |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

[signature] (Signature of officer or agent) Vice President, Taxes (Title) 3/10/89 (Date)

Form **7004** (Rev. 9 87)

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 7004.1

Form **2220**
Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Corporations

▶ See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0142
**1988**

Name: Abbott Trading Company, Inc.
Employer identification number: 36-3335431

**Part I** **Figuring Your Underpayment** (Note: *In most cases, IRS can figure the penalty for the corporation and you do not have to complete this form. See the separate instructions for more information.*)

| | | | | |
|---|---|---|---|---|
| 1 Total tax (see instructions) | | | 1 | 5,192,277 |
| 2a Personal holding company tax included in line 1 (Schedule PH (Form 1120), line 15) | 2a | | | |
| b Credit for Federal tax on fuels | 2b | | | |
| c Total—Add lines 2a and 2b | | | 2c | 5,192,277 |
| 3 Subtract line 2c from line 1. If the result is less than $500, do not complete the rest of this form. You do not owe the penalty. | | | 3 | |
| 4a Enter 90% of line 3 | 4a | 4,673,049 | | |
| b Enter 100% of the tax shown on your 1987 return (see instructions) N/A | 4b | - | | |
| c Enter the lesser of line 4a or line 4b | | | 4c | 4,673,049 |

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5 Enter in columns (a) through (d) the installment due dates (the 15th day of the 4th, 6th, 9th, and 12th months of your tax year) ▶ | 5 | 4/15/88 | 6/15/88 | 9/15/88 | 12/15/88 |
| 6 Enter 25% of line 4c in columns (a) through (d) unless a or b below applies to the corporation:<br>a If you use the annualized income installment method and/or the adjusted seasonal installment method, complete the worksheet in the instructions and enter the amount from line 47 in each column of line 6. Also check this box ▶ ☐ and attach a copy of the worksheet to this form.<br>b If you are a "large corporation," check this box ▶ ☐ and see the instructions for the amount to enter in each column of line 6 | 6 | 908,775 | 764,325 | 1,028,250 | 1,168,262 |
| *Complete lines 7 through 14 for one column before completing the next column.* | | | | | |
| 7 Amount paid or credited for each period. (See instructions.) (For column (a) only, enter the amount from line 7 on line 11.) | 7 | 915,000 | 768,000 | 1,355,000 | 957,000 |
| 8 Enter amount, if any, from line 14 of previous column | 8 | | 6,225 | 9,900 | 336,650 |
| 9 Add lines 7 and 8 | 9 | | 774,225 | 1,364,900 | 1,293,650 |
| 10 Add amounts on lines 12 and 13 of the previous column and enter the result | 10 | | - | | |
| 11 Subtract line 10 from line 9. If less than zero, enter zero. (For column (a) only, enter the amount from line 7.) | 11 | 915,000 | 774,225 | 1,364,900 | 1,293,650 |
| 12 Remaining underpayment from previous period. If the amount on line 11 is zero, subtract line 9 from line 10 and enter the result. Otherwise, enter zero | 12 | | - | - | - |
| 13 **Underpayment.** If line 11 is less than or equal to line 6, subtract line 11 from line 6 and enter the result. Then go to line 7 of the next column. Otherwise, go to line 14 | 13 | | | | |
| 14 **Overpayment.** If line 6 is less than line 11, subtract line 6 from line 11 and enter the result. Then go to line 7 of the next column | 14 | 6,225 | 9,900 | 336,650 | 125,388 |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **2220** (1988)

Abbott Trading Company, Inc. 36-3335431

# Worksheet to Figure Required Installments Using the Annualized Income or Adjusted Seasonal Installment Methods Under Section 6655(e)

**Part I** Annualized Income Installment Method

000 omitted through line 12

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | | Period | | | |
| | | | First 3 months | First 6 months | First 9 months |
| (1) Enter your taxable income for each period. | 1 | | | | |
| (2) Annualization amounts. | 2 | | 4 | 2 | 1.33333 |
| (3) Multiply line 1 by line 2. | 3 | | | | |
| Form 990-PF and 990-T filers: *Do not use the periods shown directly above line 4 or the annualization amounts shown on line 5 when figuring lines 4 and 6. Instead, see the instructions for worksheet lines 4 and 6 to figure these lines.* | | Period | | | |
| | | First 3 months | First 5 months | First 8 months | First 11 months |
| (4) Enter your taxable income for each period. | 4 | 2,970 | 4,556 | 7,847 | 11,89 |
| (5) Annualization amounts. | 5 | 4 | 2.4 | 1.5 | 1.09091 |
| (6) Multiply line 4 by line 5. | 6 | 11,880 | 10,934 | 11,771 | 12,97 |
| (7) Annualized taxable income. In column (a), enter the amount from line 6, column (a). In columns (b), (c), and (d), enter the lesser of the amounts in each column on line 3 or line 6. | 7 | 11,880 | 10,934 | 11,771 | 12,97 |
| (8) Figure your tax on the amount in each column on line 7 using the instructions for Form 1120, Schedule J, line 3 (or the comparable line of your return). | 8 | 4,039 | 3,718 | 4,002 | 4,41 |
| (9) Enter other taxes for each payment period (see instructions). | 9 | | | | |
| (10) Total tax. Add lines 8 and 9. | 10 | 4,039 | 3,718 | 4,002 | 4,412 |
| (11) For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2b (see instructions). | 11 | | | | |
| (12) Total tax after credits. Subtract line 11 from line 10. If less than zero, enter zero. | 12 | 4,039 | 3,718 | 4,002 | 4,412 |
| (13) Applicable percentage. | 13 | 22.5% | 45% | 67.5% | 90% |
| (14) Multiply line 12 by line 13. | 14 | 908,775 | 1,673,100 | 2,701,350 | 3,970,800 |
| (15) Enter the combined amounts of line 47 from all preceding columns (see instructions). | 15 | | 908,775 | 1,673,100 | 2,701,350 |
| (16) Subtract line 15 from line 14. If less than zero, enter zero. | 16 | 908,775 | 764,325 | 1,028,250 | 1,269,450 |

**Part II** Adjusted Seasonal Installment Method (Caution: *You may use this method only if the base period percentage for any 6 consecutive months is at least 70%. See the instructions for more information.)*

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | | Period | | | |
| | | First 3 months | First 5 months | First 8 months | First 11 months |
| (17) Enter your taxable income for the following periods: a Tax year beginning in 1985 | 17a | | | | |
| b Tax year beginning in 1986 | 17b | | | | |
| c Tax year beginning in 1987 | 17c | | | | |
| (18) Enter your taxable income for each period for your tax year beginning in 1988. | 18 | | | | |
| | | Period | | | |
| | | First 4 months | First 6 months | First 9 months | Entire year |
| (19) Enter your taxable income for the following periods: a Tax year beginning in 1985 | 19a | | | | |
| b Tax year beginning in 1986 | 19b | | | | |
| c Tax year beginning in 1987 | 19c | | | | |
| (20) Divide the amount in each column on line 17a by the amount in column (d) on line 19a. | 20 | | | | |
| (21) Divide the amount in each column on line 17b by the amount in column (d) on line 19b. | 21 | | | | |
| (22) Divide the amount in each column on line 17c by the amount in column (d) on line 19c. | 22 | | | | |

Abbott Trading Company, Inc. 36-3335431

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| (23) Add lines 20 through 22. | 23 | | | | |
| (24) Base period percentage for months before filing month. Divide line 23 by three (3). | 24 | | | | |
| (25) Divide line 18 by line 24. | 25 | | | | |
| (26) Figure your tax on the amount on line 25 using the instructions for Form 1120, Schedule J, line 3 (or the comparable line of your return). | 26 | | | | |
| (27) Divide the amount in columns (a) through (c) on line 19a by the amount in column (d) on line 19a. | 27 | | | | |
| (28) Divide the amount in columns (a) through (c) on line 19b by the amount in column (d) on line 19b. | 28 | | | | |
| (29) Divide the amount in columns (a) through (c) on line 19c by the amount in column (d) on line 19c. | 29 | | | | |
| (30) Add lines 27 through 29. | 30 | | | | |
| (31) Base period percentage for months through and including filing month. Divide line 30 by three (3). | 31 | | | | |
| (32) Multiply the amount in columns (a) through (c) of line 26 by the amount in the corresponding column of line 31. In column (d), enter the amount from line 26, column (d). | 32 | | | | |
| (33) Enter other taxes for each payment period (see instructions). | 33 | | | | |
| (34) Total tax. Add lines 32 and 33. | 34 | | | | |
| (35) For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2b (see instructions). | 35 | | | | |
| (36) Total tax after credits. Subtract line 35 from line 34. If less than zero, enter zero. | 36 | | | | |
| (37) Multiply line 36 by 90%. | 37 | | | | |
| (38) Enter the combined amounts of line 47 from all preceding columns (see instructions). | 38 | | | | |
| (39) Subtract line 38 from line 37. If less than zero, enter zero. | 39 | | | | |

**Part III Computation of Required Installments**

| | | 1st installment | 2nd installment | 3rd installment | 4th installment |
|---|---|---|---|---|---|
| (40) If you completed one of the above parts, enter the amounts in each column from line 16 or line 39. (If you completed both parts, enter the lesser of the amounts in each column from line 16 or line 39.) | 40 | 908,775 | 764,325 | 1,028,250 | 1,269,450 |
| (41) Divide line 4c, Form 2220, by four (4) and enter the result in each column. (Note: *"Large corporations" see line 6(b) instructions on page 2 for the amount to enter.)* | 41 | 1,168,262 | 1,168,262 | 1,168,262 | 1,168,262 |
| (42) Enter the amount from line 46 of this worksheet for the preceding column. | 42 | | 259,487 | 663,424 | 737,094 |
| (43) Add lines 41 and 42 and enter the total. For installments due after December 31, 1988, skip line 44 and enter this total on line 45. | 43 | 1,168,262 | 1,427,749 | 1,831,686 | 1,905,356 |
| (44) Multiply the amount on line 42 by 10%. | 44 | | 25,949 | 66,342 | 73,709 |
| (45) Subtract line 44 from line 43. | 45 | 1,168,262 | 1,401,800 | 1,765,344 | 1,831,647 |
| (46) If line 43 is more than line 40, subtract line 40 from line 43. Otherwise, enter zero. | 46 | 259,487 | 663,424 | 737,094 | |
| (47) Enter the lesser of line 40 or line 45 here and on Form 2220, line 6. | 47 | 908,775 | 764,325 | 1,028,250 | 1,168,262 |



GPO : 1988 0 - 205-247

2220.6 Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 2/27/89

STATEMENT

Pursuant to Reg. Sec. 301.6651-1(c)(1)

The Taxpayer is a Foreign Sales Corporation. Under the terms of the Taxpayer's contracts with its related suppliers the Taxpayer cannot accurately determine its income until the tax returns of the Taxpayer and its related suppliers are filed, as provided in Regulation Section 1.925(a)-1T(3)(4). The Taxpayer and its related suppliers timely filed for extensions of time to file their returns. Accordingly, there was a reasonable cause for the Taxpayer's failure to pay the full amount of the tax on the original due date, and the penalty under Section 6651(a)(2) is inapplicable.

This statement is made under penalties of perjury.

J. F. Lussen, Vice President, Taxes
Abbott Laboratories