Form **5713** (Rev. June 1988)

Department of the Treasury
Internal Revenue Service

# International Boycott Report

For tax year beginning January 1, 19 88, and ending December 31, 19 88.

▶ Controlled groups, see specific instructions.

OMB No. 1545-0216

**To be Filed in Duplicate** (See Instruction E)

Name: ABBOTT TRADING CO., INC.

Taxpayer identifying number: 36-3335431

Number and street: One Abbott Park Road

City or town, state and ZIP code: Abbott Park, Illinois 60064

Address of Service Center where your tax return is filed: Philadelphia, PA

Type of filer (check one): ☐ Individual ☐ Partnership ☒ Corporation ☐ Trust ☐ Estate ☐ Other

1 Individuals.—Enter adjusted gross income from your tax return (see instructions) . . . . . .

2 Partnerships and corporations:

a Partnerships.—Enter each partner's name and taxpayer identifying number.

b Corporations.—Enter the name and employer identification number of each member of the controlled group (as defined in section 993(a)(3)). Do not list members included in the consolidated return; instead, attach a copy of Form 851. List all other members of the controlled group not included in the consolidated return.

**If you list any corporations below or if you attach Form 851, you must designate a "common taxable year." Enter the name and employer identification number in line 4b of the corporation whose taxable year is designated.**

| Name | Taxpayer identifying number |
|---|---|
| Abbott Health Care Products, Inc. | 36-3392063 |
| Abbott Laboratories & Consolidated Subsidiaries | 36-0698440 |
| Abbott Chemicals, Inc. | 36-2597395 |
| Abbott Pharmaceuticals, INc. | 36-6193063 |
| Abbott Diagnostics, Inc. | 66-0406652 |
| Abbott Hospitals, Inc. | 66-0329238 |
| Oximetrix de Puerto Rico | 66-0406045 |
| Also see Attachment 1 | |

If necessary, attach more sheets and check this box . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

| | Code | Description |
|---|---|---|
| c Enter principal business activity code and description (see instructions) . . . . | 2830 | Manf.& sale of health care products |
| d IC-DISCs.—Enter principal product or service code and description (see instructions) | | |

3 Partnerships.—Each partnership filing Form 5713 must give the following information:

a Partnership's total assets (Form 1065, Schedule L, line 13, column (d)) . . . . . . . .

b Partnership's ordinary income (Form 1065, page 1) . . . . . . . . . . . . . .

4 Corporations.—Each corporation filing Form 5713 must give the following information:

a Type of form filed (Form 1120, 1120-IC-DISC, 1120F, 1120-FSC, 1120L, 1120–PC, etc.) . 1120 FSC

b Common taxable year election (see instructions)—

*(1)* Name of corporation ▶ Abbott Laboratories & Consolidated Subsidiaries

*(2)* Employer identification number . . . . . . . . . . . . . . . . . . . 36-0698440

*(3)* Common taxable year beginning January 1, 19 88 and ending December 31, 19 88

c Corporations filing this form enter—

*(1)* Total assets (see instructions) . . . . . . . . . . . . . . . . . 42,211,419

*(2)* Taxable income before net operating loss and special deductions (see instructions) . . 15,199,097

5 Estates or trusts.—Enter total income (Form 1041, page 1) . . . . . . . . . . . . .

6 Enter the total amount (before reduction for boycott participation or cooperation) of the following tax benefits (see instructions):

| | |
|---|---|
| a Foreign tax credit . . . . . . . . . . . . . . . . . . | None |
| b Deferral of earnings of controlled foreign corporations . . . . . . . . . . | None |
| c Deferral of IC-DISC income . . . . . . . . . . . . . . . | None |
| d Exempt FSC Income. . . . . . . . . . . . . . . . . . | 45,847,743 |

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ [signature] Date ▶ 9/11/89

Title ▶ Vice President, Taxes

For Paperwork Reduction Act Notice, see page 1 of the Instructions. Form 5713 (Rev. 6-88)

Form 5713 (Rev. 6-88) Page

7 The following information must be submitted by every person filing Form 5713 (see specific instructions):

| | | Yes | No |
|---|---|---|---|
| a | Are you a United States shareholder (as defined in section 951(b)) of any foreign corporation (including a FSC that does not use the administrative pricing rules) that had operations reportable under section 999(a)? | X | |
| b | If so, is any foreign corporation a controlled foreign corporation (as defined in section 957(a))? | X | |
| c | Do you own any stock of an IC–DISC? | | X |
| d | Do you claim any foreign tax credit? | X | |
| e | Do you control (within the meaning of section 304(c)) any corporation (other than a corporation included in this report) that has operations reportable under section 999(a)? | | X |
| | If "Yes," did the corporation controlled by you participate in or cooperate with an international boycott at any time during its tax year that ends with or within your tax year? | | X |
| f | Are you controlled (within the meaning of section 304(c)) by any person (other than a person included in this report) who has operations reportable under section 999(a)? | | X |
| | If "Yes," did the person controlling you participate in or cooperate with an international boycott at any time during its tax year that ends with or within your tax year? | | X |
| g | Are you treated under section 671 as the owner of a trust that has operations reportable under section 999(a)? | | X |
| h | Are you a partner in a partnership that has operations reportable under section 999(a)? | X | |
| i | Are you a foreign sales corporation (FSC) (as defined in section 922(a))? | | X |

## Part I Operations in or Related to a Boycotting Country (See Instructions)

| | Yes | No |
|---|---|---|
| 8 Boycott of Israel.—Did you have any operations in or related to any country (or with the government, a company or a national of that country) associated in carrying out the boycott of Israel which is on the list maintained by the Secretary of the Treasury under section 999(a)(3)(see instruction C) | X | |

If "Yes," enter name of the country(ies), taxpayer identifying number of person(s) having operations, principal business activity code, a description of the principal business activity; and if you are an IC-DISC, enter the product code. If necessary, attach additional sheets using the exact format and check this box ▶ [X]

| | Name of country (1) | Taxpayer identifying number of person(s) having operations (2) | Principal business activity: Code (3) | Principal business activity: Description (4) | IC-DISCs only—Enter product code (5) |
|---|---|---|---|---|---|
| a | | | | | |
| b | | SEE ATTACHMENT 2 | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g | | | | | |
| h | | | | | |
| i | | | | | |
| j | | | | | |
| k | | | | | |
| l | | | | | |
| m | | | | | |
| n | | | | | |
| o | | | | | |
| p | | | | | |



Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 9/12/88

Form 5713 (Rev. 1-86)

**9** Non-listed countries boycotting Israel.—Did you have operations in any non-listed country which you know or have reason to know requires participation in or cooperation with an international boycott directed against Israel? . . . . . . . . Yes X

If "Yes," enter the country(ies), taxpayer identifying number of person(s) having operations, the principal business activity code, a description of the principal business activity; and if you are an IC-DISC, enter the product code. If necessary, attach additional sheets using the exact format and check this box . . . . . . . . . . . . . . ▶

| | Name of country (1) | Taxpayer identifying number of person(s) having operations (2) | Principal business activity — Code (3) | Principal business activity — Description (4) | IC-DISCs only—Enter product code (5) |
|---|---|---|---|---|---|
| a | Pakistan | 36-0698440 | 2830 | Manufacture and sale of Health Care Products | |
| b | | EDISCO B.V. Abbott Labs(Pakistan) Ltd. | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g | | | | | |
| h | | | | | |

**10** Boycotts other than the boycott of Israel.—Did you have operations in any other country which you know or have reason to know requires participation in or cooperation with an international boycott other than the boycott of Israel? . . . . . . Yes X | No

If "Yes," enter the country(ies), taxpayer identifying number of person(s) having operations, the principal business activity code, a description of the principal business activity; and if you are an IC-DISC, enter the product code. If necessary, attach additional sheets using the exact format and check this box . . . . . . . . . . . . . . . . . . . ▶ ☐

| | Name of country (1) | Taxpayer identifying number of person(s) having operations (2) | Principal business activity — Code (3) | Principal business activity — Description (4) | IC-DISCs only—Enter product code (5) |
|---|---|---|---|---|---|
| a | | 36-0698440 | | | |
| b | PAKISTAN | EDISCO, B.V. ABBOTT LABS (PAKISTAN), LTD | 2830 | MANUFACTURE AND SALE OF HEALTH CARE PRODUCTS | |
| c | ZIMBABWE | ABBOTT LABORATORIES SOUTH AFRICA (PTY.) LTD. | 2830 | MANUFACTURE AND SALE OF HEALTH CARE PRODUCTS | |
| d | KUWAIT | ABBOTT LABORATORIES, S.A. | 2830 | MANUFACTURE AND SALE OF HEALTH CARE PRODUCTS | |
| e | YEMEN ARAB REPUBLIC | ABBOTT LABORATORIES, S.A. EDISCO, B.V. | 2830 | MANUFACTURE AND SALE OF HEALTH CARE PRODUCTS | |
| f | | | | | |
| g | | | | | |
| h | | | | | |

**11** Were you requested to participate in or cooperate with an international boycott? . . . . . . . . . . . . . . . . Yes | No X

If "Yes," attach a copy (in English) of any and all such requests received during your tax year. If the request was in a form other than a written request, attach a separate sheet explaining the nature and form of any and all such requests. (See Instructions.) COPIES OF ALL REQUESTS ARE FILED BY ABBOTT LABORATORIES, #36-0698440. COPIES ALSO AVAILABLE AT TAXPAYER'S OFFICE.

**12** Did you, in fact, participate in or cooperate with an international boycott? XX

If "Yes," attach a copy (in English) of any and all boycott clauses agreed to, and attach a general statement of the agreement. If the agreement was in a form other than a written agreement, attach a separate sheet explaining the nature and form of any and all such agreements. (See Instructions.)

**Note:** *If the answer to either question 11 or 12 is "Yes," you must complete the rest of Form 5713. If you answered "Yes" to question 12, you must complete Schedules A or B and C (Form 5713).*

Form 5713 (Rev. 1-86) Page 2

## Part II Requests for and Acts of Participation In or Cooperation with an International Boycott

**13 a** Did you receive requests to enter into, or, in fact, enter into any agreement (See instruction F.3 and F.5):

| Type of participation or cooperation | Requests Yes | Requests No | Agreements Yes | |
|---|---|---|---|---|
| (1) As a condition of doing business directly or indirectly within a country or with the government, a company, or a national of a country to— | | | | |
| (i) Refrain from doing business with or in a country which is the object of an international boycott or with the government, companies, or nationals of that country? | X | | | |
| (ii) Refrain from doing business with any United States person engaged in trade in a country which is the object of an international boycott or with the government, companies, or nationals of that country? | | X | | X |
| (iii) Refrain from doing business with any company whose ownership or management is made up, all or in part, of individuals of a particular nationality, race, or religion, or to remove (or refrain from selecting) corporate directors who are individuals of a particular nationality, race, or religion? | X | | | X |
| (iv) Refrain from employing individuals of a particular nationality, race, or religion? | | X | | X |
| (2) As a condition of the sale of a product to the government, a company, or a national of a country, to refrain from shipping or insuring products on a carrier owned, leased or operated by a person who does not participate in or cooperate with an international boycott? | X | | | X |

**b** Requests and agreements.—If the answer to any part of 13a is "Yes," indicate below: the country, the taxpayer identifying number, principal business activity code, description of the principal business activity, the number and the number code indicating the type of participation or cooperation requested or agreed to. Also, if you are an IC-DISC, enter the product code in column (5). (See Instructions.) If necessary, attach additional sheets using the exact format and check this box . . . . ▶

| | Name of country (1) | Taxpayer identifying number of person receiving the request or having the agreement (2) | Principal business activity: Code (3) | Principal business activity: Description (4) | IC-DISCs only—Enter product code (5) | Type of cooperation or participation — Number of requests: Total (6) | Number of requests: Code (7) | Number of agreements: Total (8) | Number of agreements: Code (9) |
|---|---|---|---|---|---|---|---|---|---|
| a | KUWAIT | 36-0698440 ABBOTT LABORATORIES, SA | 2830 | MANUFACTURE & SALE OF HEALTHCARE PRODUCTS | | 36 | 1,5 | NONE | |
| b | UNITED ARAB EMIRATES | " | 2830 | " | | 13 | 1,3 5 | NONE | |
| c | QUATAR | " | 2830 | " | | 5 | 1,3 5 | NONE | |
| d | IRAQ | " | 2830 | " | | 2 | 1,5 | NONE | |
| e | SAUDI ARABIA | " | 2830 | " | | 2 | 1,3 5 | NONE | |
| f | LIBYA | " | 2830 | " | | 7 | 1,3 5 | NONE | |
| g | YEMEN ARAB REPUBLIC | " | 2830 | " | | 1 | 1,3 5 | NONE | |
| h | IRAQ | 36-0698440 EDISCO, B.V. | 2830 | " | | 8 | 1,3 5 | NONE | |
| i | UNITED ARAB EMIRATES | " | 2830 | " | | 3 | 5 | NONE | |
| j | PAKISTAN | " | 2830 | " | | 19 | 5 | NONE | |
| k | LEBANON | " | 2830 | " | | 1 | 1, 5 | NONE | |
| l | YEMEN ARAB REPUBLIC | " | 2830 | " | | 1 | 5 | NONE | |
| m | | | | | | | | | |
| n | | | | | | | | | |
| o | | | | | | | | | |
| p | | | | | | | | | |
| q | | | | | | | | | |

Attachment 1

ABBOTT LABORATORIES
36-0698440
DECEMBER 31, 1988

INFORMATION RETURN WITH RESPECT TO
A FOREIGN CORPORATION - FORM 5471

| ENTITY # | COMPANY NAME | COUNTRY OF INCORPORATION |
|---|---|---|
| 20 | ABBOTT LABORATORIES ARGENTINA S.A. | ARGENTINA |
| 840 | ABBOTT AUSTRALASIA PTY. LTD. | AUSTRALIA |
| 843 | ABBOTT AUSTRALIAN HOLDING PTY. LTD. | AUSTRALIA |
| 83 | ABBOTT GESELLSCHAFT GmbH | AUSTRIA |
| 165 | ABBOTT LABORATORIES LIMITED | BANGLEDESH |
| 80 | ABBOTT S.A. | BELGIUM |
| 917 | ABBOTT IRELAND LIMITED | BERMUDA |
| 820 | ABBOTT LABORATORIES DO BRASIL LTDA. | BRAZIL |
| 60 | ABBOTT LABORATORIES LTD. | CANADA |
| 13 | ABBOTT LABORATORIES DE CHILE LIMITADA | CHILE |
| 10 | ABBOTT LAB DE COLUMBIA | COLOMBIA |
| 78 | ABBOTT LABORATORIES A/S | DENMARK |
| 11 | ABBOTT LABORATORIES DEL ECUADOR S.A. | ECUADOR |
| 58 | ABBOTT S.A. | EL SALVADOR, S.A. |
| 815 | ABBOTT LABS TRUSTEE COMPANY LIMITED | ENGLAND |
| 81 | SOCIETE FRANCAISE DES LABORATORIES ABBOTT | FRANCE |
| 72 | ABBOTT S.A.R.L. | FRANCE |
| 86 | OXYMETRIC G.M.B.H. | GERMANY |
| 106 | ABBOTT GMBH | GERMANY |
| 96 | ABBOTT LABORATORIES (HELLAS) S.A. | GREECE |
| 65 | ABBOTT GRENADA LIMITED | GRENADA |
| 2 | ABBOTT LABORATORIES S.A. | GUATEMALA |
| 158 | ABBOTT LABORATORIES LIMITED | HONG KONG |
| 163 | P.T. ABBOTT INDONESIA | INDONESIA |
| 66 | ABBOTT LABORATORIES IRELAND LIMITED | IRELAND |
| 71 | ABBOTT IRELAND LIMITED | IRELAND |
| 92 | ABBOTT S.P.A. | ITALY |
| 82 | LABORATORI ABBOTT S.P.A. | ITALY |
| 831 | CONSLOIDATED LABORATORIES LIMITED | JAMAICA |
| 26 | ABBOTT WEST INDIES LIMITED | JAMAICA |
| 120 | ABBOTT JAPAN KAPIUSHIKI KAISHA | JAPAN |
| 117 | DAINABOT K.K. | JAPAN |
| 204 | ABBOTT KOREA LIMITED | KOREA |
| 141 | ABBOTT MIDDLE EAST S.A.R.L. | LEBANON |
| 172 | ABBOTT LABORATORIES MALAYSIA | MALAYSIA |
| 1 | ABBOTT LAB. DE MEXICO S.A. DE C.V. | MEXICO |
| 241 | ABBOTT LABORATORIES (MOZAMBIQUE) LIMITADA | MOZAMBIQUE |
| 79 | ABBOTT B.V. | NETHERLANDS |
| 104 | M & R LABORATORIA | NETHERLANDS |
| 121 | EDISCO B.V. | NETHERLANDS |

| | | |
|---|---|---|
| 800 | ABBOTT LABORATORIES (N.Z.) LIMITED | NEW ZEALAND |
| 173 | ABBOTT LABORATORIES (PAKISTAN) LTD. | PAKISTAN |
| 911 | ABBOTT LABORATORIES C.A. | PANAMA |
| 905 | ABBOTT OVERSEAS S.A. (AOSA) | PANAMA |
| 12 | ABBOTT LABORATORIES S.A. | PERU |
| 150 | ABBOTT LABORATORIES | PHILIPPINES |
| 93 | ABBOTT LABORATORIES LIMITADA | PORTUGAL |
| 913 | ABBOTT INTERNATIONAL LTD. OF P.R. (SWAN N.) | PUERTO RICO |
| 23 | ABBOTT LABORATORIES (PUERTO RICO) INC. | PUERTO RICO |
| 152 | ABBOTT LABORATORIES (SINGAPORE) PRIVATE LTD. | SINGAPORE |
| 175 | ABBOTT LAB SOUTH AFRICA PTY. LTD. | SOUTH AFRICA |
| 810 | ABBOTT LABORATORIES S.A. | SPAIN |
| 811 | SPAIN CENTIFICA S.A. | SPAIN |
| 76 | ABBOTT SCANDINAVIA A.B. | SWEDEN |
| 87 | ABBOTT A.G. | SWITZERLAND |
| 908 | INVESTMENT SERVICES A.G. | SWITZERLAND |
| 904 | ABBOTT LABORATORIES S.A. (ALSA) | SWITZERLAND |
| 907 | OVERSEAS SERVICES S.A. (OSSA) | SWITZERLAND |
| 903 | ABBOTT FINANCE CO. S.A.R.L. | SWITZERLAND |
| 168 | ABBOTT LABORATORIES (THAILAND) LIMITED | THAILAND |
| 146 | ABBOTT LABORATURLARI (TURKEY) | TURKEY |
| 75 | ABBOTT LABORATORIES LIMITED | UNITED KINGDOM |
| 15 | ABBOTT LABORATORIES URUGUAY LIMITADA | URUGUAY |
| 9 | ABBOTT LABORATORIES C.A. | VENEZUELA |
| 57 | MEDICAMENTOS, M. & R., S.A. | VENEZUELA |

Form **851** (Rev. March 1989) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 19 88

OMB No. 1545-0025 Expires 2-28-92

Common parent corporation: Abbott Laboratories

Employer identification number: 36-0698440

Number and street (or P.O. box number if mail is not delivered to street address): One Abbott Park Road, Tax Division

City or town, state, and ZIP code: Abbott Park, IL 60064-3500

## Part I Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | 56,900,000 | 96,600,000 |
| | Subsidiary corporations: | | | |
| 2 | Abbott Laboratories International Co., Abbott Park, IL 60064 | 36-2205784 | | |
| 3 | Abbott International Ltd. Abbott Park, IL 60064 | 36-2205775 | | |
| 4 | Tobal Products Incorporated Abbott Park, IL 60064 | 36-6069416 | | |
| 5 | Abbott Laboratories Pacific Ltd. Abbott Park, IL 60064 | 99-0065965 | | |
| 6 | Abbott Laboratories Services Corp. Abbott Park, IL 60064 | 36-6116275 | | |
| 7 | Abbott Laboratories Utilities Corp. Abbott Park, IL 60064 | 36-6116276 | | |
| 8 | Swan-Myers Incorporated Abbott Park, IL 60064 | 36-6069414 | | |
| 9 | The Murine Company, Inc. Abbott Park, IL 60064 | 36-2547437 | | |
| 10 | M & R Dietetic Laboratories, Inc. Abbott Park, IL 60064 | 36-2547291 | | |
| | Totals (Must equal amounts shown on the consolidated tax return) ▶ | | 56,900,000 | 96,600,000 |

## Part II Voting Stock Information, etc.

| No. | Principal business activity | Did the subsidiary make any nondividend distributions? (See instructions.) Yes | No | Capital stock outstanding at beginning of year: Number of shares Voting | Nonvoting | Stock holdings at beginning of year: Voting Number of shares | Voting Percent voting power | Nonvoting Number of shares | Nonvoting Percent | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporations: | | | | | | | | | |
| 2 | Wholesale of Drugs, etc. | | X | 100 | | 100 | 100 % | | % | 1 |
| 3 | Technical Service & Licensing Activities | | X | 30 | | 30 | 100 % | | % | 1 |
| 4 | Wholesale of Drugs to Puerto Rico | | X | 5 | | 5 | 100 % | | % | 1 |
| 5 | Inactive | | X | 1 | | 1 | 100 % | | % | 1 |
| 6 | Hospital Planning and Consulting | | X | 5 | | 5 | 100 % | | % | 1 |
| 7 | Inactive | | X | 5 | | 5 | 100 % | | % | 1 |
| 8 | Inactive | | X | 1 | | 1 | 100 % | | % | 1 |
| 9 | Inactive | | X | 100 | | 100 | 100 % | | % | 1 |
| 10 | Inactive | | X | 100 | | 100 | 100 % | | % | 1 |

For Paperwork Reduction Act Notice, see instructions. Form 851 (Rev. 3-89)

Form 851 (Rev. 3-89)

**Part III** Changes in Stock Holdings During the Year

| Corporation | | Stock-holder (Corporation No.)* | Change in stock holdings during the year | | | | | Shares held at | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | | |
| | | | | Shares acquired | | Shares disposed of | | Voting | N |
| No.* | Name | | Date | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | P |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |

*The numbers used must agree with the corporation numbers in Part I, page 1.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

**If the equitable owners of any capital stock shown above were other than the holders of record, give full details.**

**Remarks:** ..............................................................

Form **851** (Rev. March 1989) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 1988.

OMB No. 1545-0[illegible] Expires 2-29-92

Common parent corporation: Abbott Laboratories

Employer identification number: 36-06984[illegible]

Number and street (or P.O. box number if mail is not delivered to street address): One Abbott Park Road, Tax Division

City or town, state, and ZIP code: Abbott Park, IL 60064-3500

## Part I Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | Oximetrix, Inc. Mountain View, CA 94043 | 94-2887635 | | |
| 3 | Hemostatix, Inc. Mountain View, CA 94043 | 94-2292278 | | |
| 4 | Abbott (TAP), Inc. Abbott Park, IL 60064 | 36-3357064 | | |
| 5 | Abbott Diagnostic Industries, Inc. Abbott Park, IL 60064 | 36-3500058 | | |
| 6 | North Shore Properties, Inc. Abbott Park, IL 60064 | 36-3454045 | | |
| 7 | Abbott Export Co. Abbott Park, IL 60064 | 36-2738182 | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return) . . . . . . ▶ | | | |

## Part II Voting Stock Information, etc.

| No. | Principal business activity | Did the subsidiary make any nondividend distributions? (See instructions.) Yes | No | Capital stock outstanding at beginning of year, Number of shares: Voting | Nonvoting | Stock holdings at beginning of year, Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporations: | | | | | | | | | |
| 2 | Mfg. & Sale of Medical Equip. | | X | 8 Mil. | | 8 Mil | 100 % | | % | 1 |
| 3 | Inactive | | X | | | | 100 % | | % | 2(Abc[illegible] |
| 4 | Mfg. of Pharmaceuticals | | X | 100 | | 100 | 100 % | | % | 1 |
| 5 | Inactive | | X | 10 | | 10 | 100 % | | % | 1 |
| 6 | Real Estate Holding Co. | | X | 1,000 | | 1,000 | 100 % | | % | 1 |
| 7 | Inactive | | X | 25 | | 25 | 100 % | | % | 1 |
| 8 | | | | | | | % | | % | |
| 9 | | | | | | | % | | % | |
| 10 | | | | | | | % | | % | |

For Paperwork Reduction Act Notice, see instructions.

4/24/89

Form 851 (Rev. 3-89)

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 851.1

Form 851 (Rev. 3-89)

## Part III Changes in Stock Holdings During the Year

| Corporation | | Stockholder (Corporation No.)* | Change in stock holdings during the year | | | | | Shares held at en[d] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | Voting | Non[voting] |
| | | | | Shares acquired | | Shares disposed of | | | |
| No.* | Name | | Date | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | Perc[ent] sh[ares] |
| 1 | Oximetrix, Inc. | | 12/31/88 | | | 8 Million | | 0 % | |
| 2 | Hemostatix, Inc. | | 2/29/88 | | | 1,125,000 | | 0 % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | % |
| | | | | | | | | % | % |

*The numbers used must agree with the corporation numbers in Part I, page 1.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

If the equitable owners of any capital stock shown above were other than the holders of record, give full details.

Remarks:



Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 4/24/89

Form 851 (Rev. 3-87)

**Part IV** Additional Information (See Instructions for Part IV for Questions 1 through 4.)

| No.* | Name | Answer to Question 1: Yes | No | If yes, list and describe each class of stock: |
|---|---|---|---|---|
| 1 | Oximetrix, Inc. | | X | |
| 2 | Hemostatix, Inc. | X | | 900,000 - Class A Common<br>225,000 - Class B Common |

| No.* | Name | Answer to Question 2: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| 1 | Oximetrix, Inc. | X | | 1/1/88 through 12/31/88 |
| 2 | Hemostatix, Inc. | X | | 1/1/88 through 2/29/88 |

| No.* | Name | Answer to Question 3: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| 1 | Oximetrix, Inc. | X | | 1/1/88 through 12/31/88 |
| 2 | Hemostatix, Inc. | X | | 1/1/88 through 2/29/88 |

| No.* | Name | Answer to Question 4(a): Yes | No | If yes, enter the percentage asked for in Item 4(b): | If yes, enter the percentage asked for in Item 4(c): | If yes, enter the percentage asked for in Item 4(d): |
|---|---|---|---|---|---|---|
| 1 | Oximetrix, Inc. | | X | % | % | |
| 2 | Hemostatix, Inc. | | X | % | % | |
| | | | | % | % | |
| | | | | % | % | |

No.* Item 4(e)—Description of arrangements: (* The numbers used must agree with the corporation numbers in Part I, page 1.)

**Signature**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer | Date | Title

4/24/89

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 851.3

Form **851**
(Rev. March 1989)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 19 88

OMB No. 154[illegible]
Expires 2-29-9[illegible]

Common parent corporation: Abbott Laboratories

Employer identification number: 36-0698440

Number and street (or P.O. box number if mail is not delivered to street address): One Abbott Park Road, Tax Division

City or town, state, and ZIP code: Abbott Park, IL 60064-3500

**Part I Prepayment Credits**

| No. | Name and address of corporation | Employer identification number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of est. tax credits and depo[sits] |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | Ross Laboratories<br>Abbott Park, IL 60064 | 36-2547827 | | |
| 3 | Sorenson Research Co., Inc.<br>Salt Lake City, UT 84115 | 87-0295483 | | |
| 4 | HAVEN Leasing Corp.<br>Abbott Park, IL 60064 | 36-3155225 | | |
| 5 | HAVTEX Leasing Corp.<br>Abbott Park, IL 60064 | 36-3155224 | | |
| 6 | CMM Transportation Inc.<br>Abbott Park, IL 60064 | 36-3206965 | | |
| 7 | AL Transportation, Inc.<br>Abbott Park, IL 60064 | 36-3257619 | | |
| 8 | Abbott Research, Inc.<br>Abbott Park, IL 60064 | 36-3501664 | | |
| 9 | Abbott Universal Ltd.<br>Abbott Park, IL 60064 | 36-3522627 | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return) . . . . . ▶ | | | |

**Part II Voting Stock Information, etc.**

| No. | Principal business activity | Did the subsidiary make any nondividend distributions? (See instructions.) Yes | No | Capital stock outstanding at beginning of year — Number of shares: Voting | Nonvoting | Stock holdings at beginning of year — Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owner corpor[ation] numb[er] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| 2 | Subsidiary corporations: Inactive | | X | 100 | | 100 | 100 % | | % | 1 |
| 3 | Mfg. of Medical Instruments | | X | 500,000 | | 500,000 | 100 % | | % | 1 |
| 4 | Leasing Company | | X | 8 | | 8 | 80 % | | % | 1 |
| 5 | Leasing Company | | X | 1,000 | | 1,000 | 100 % | | % | 4 (Ab[illegible] |
| 6 | Freight Carrier | | X | 100 | | 100 | 100 % | | % | 1 |
| 7 | Inactive | | X | 100 | | 100 | 100 % | | % | 1 |
| 8 | Research & Development | | X | 100 | | 100 | 100 % | | % | 1 |
| 9 | Domestic Holding Company | | X | 5 | | 5 | 100 % | | % | 1 |
| 10 | | | | | | | % | | % | |

For Paperwork Reduction Act Notice, see Instructions.

4/24/89

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

Form 851 (Rev. 3-89)
851.1

Form 851 (Rev. 3-89)

**Part III** Changes in Stock Holdings During the Year

| Corporation | | Stockholder (Corporation No.)* | Change in stock holdings during the year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | Shares held at en[d of year] | |
| | | | | Shares acquired | | Shares disposed of | | Voting | Non[voting] |
| No.* | Name | | Date | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | Perc[ent of] sh[ares] |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |

*The numbers used must agree with the corporation numbers in Part I, page 1.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

**If the equitable owners of any capital stock shown above were other than the holders of record, give full details.**

**Remarks:** ..............................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................



Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 4/24/89

Form **851** (Rev. March 1989) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 19 88

OMB No. 1545-00 Expires 2-29-92

Common parent corporation: Abbott Laboratories

Employer identification number: 36-0698440

Number and street (or P.O. box number if mail is not delivered to street address): One Abbott Park Road, Tax Division

City or town, state, and ZIP code: Abbott Park, IL 60064-3500

## Part I Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | | | | |
| 3 | ABT Acquisition, Inc. | Applied For | | |
| 4 | ABT Flight, Inc. | 36-3580593 | | |
| 5 | Abbott Manufacturing, Inc. | 36-3598531 | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return) ▶ | | | |

## Part II Voting Stock Information, etc.

| No. | Principal business activity | Did the subsidiary make any nondividend distributions? (See instructions.) Yes | No | Capital stock outstanding at beginning of year: Number of shares Voting | Nonvoting | Stock holdings at beginning of year: Voting Number of shares | Percent voting power | Nonvoting Number of shares | Percent | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporations: | | | | | | | | | |
| 2 | | | | | | | % | | % | |
| 3 | Inactive | | X | | | | 100 % | | % | 1 |
| 4 | Own & Operate Company Jet | | X | 100 | | 100 | 100 % | | % | 1 |
| 5 | Mfg. of Health & Nutritional Products | | X | 100 | | 100 | 100 % | | % | 1 |
| 6 | | | | | | | % | | % | |
| 7 | | | | | | | % | | % | |
| 8 | | | | | | | % | | % | |
| 9 | | | | | | | % | | % | |
| 10 | | | | | | | % | | % | |

For Paperwork Reduction Act Notice, see Instructions.

Form 851 (Rev. 3-89)

**Part III** Changes in Stock Holdings During the Year

| Corporation | | Stockholder (Corporation No.)* | Change in stock holdings during the year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | Shares held at end of year | | |
| | | | | Shares acquired | | Shares disposed of | | Voting | | Nonvoting |
| No.* | Name | | Date | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | | Percent shares |
| 3 | ABT Acquisition, Inc. | | 12/29/88 | | | | | 100 | % | |
| 4 | ABT Flight, Inc. | | 3/17/88 | 100 | | | | 100 | % | |
| 5 | Abbott Manufacturing, Inc. | | 3/30/88 | 100 | | | | 100 | % | |
| | | | | | | | | | % | % |
| | | | | | | | | | % | % |
| | | | | | | | | | % | % |
| | | | | | | | | | % | % |
| | | | | | | | | | % | % |

*The numbers used must agree with the corporation numbers in Part I, page 1.

** If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

If the equitable owners of any capital stock shown above were other than the holders of record, give full details.

Remarks: ..................................................

**Part IV** Additional Information (See Instructions for Part IV for Questions 1 through 4.)

| No.* | Name | Answer to Question 1: Yes | No | If yes, list and describe each class of stock: |
|---|---|---|---|---|
| 3 | ABT Acquisition, Inc. | | X | |
| 4 | ABT Flight, Inc. | | X | |
| 5 | Abbott Manufacturing, Inc. | | X | |
| | | | | |

| No.* | Name | Answer to Question 2: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| 3 | ABT Acquisition, Inc. | X | | 12/29/88 through 12/31/88 |
| 4 | ABT Flight, Inc. | X | | 3/17/88 through 12/31/88 |
| 5 | Abbott Manufacturing, Inc. | X | | 8/30/88 through 12/31/88 |
| | | | | |

| No.* | Name | Answer to Question 3: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| 3 | ABT Acquisition, Inc. | X | | 12/29/88 through 12/31/88 |
| 4 | ABT Flight, Inc. | X | | 3/17/88 through 12/31/88 |
| 5 | Abbott Manufacturing, Inc. | X | | 8/30/88 through 12/31/88 |
| | | | | |

| No.* | Name | Answer to Question 4(a) Yes | No | If yes, enter the percentage asked for in Item 4(b): | If yes, enter the percentage asked for in Item 4(c): | If yes, enter the percentage asked for in Item 4(d): |
|---|---|---|---|---|---|---|
| 3 | ABT Acquisition, Inc. | | X | % | % | |
| 4 | ABT Flight, Inc. | | X | % | % | |
| 5 | Abbott Manufacturing, Inc. | | X | % | % | |
| | | | | % | % | |

No.* Item 4(e)—Description of arrangements: (* The numbers used must agree with the corporation numbers in Part I, page 1.)

## Signature

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer ____ Date ____ Title ____

Abbott Laboratories and Subsidiaries

Form 5713 - International Boycott Report

Part I. Operations In, or Related to Boycotting Countries

Question 8. Boycott of ISRAEL

| Company | I.D. | Business Code | Business Activity | Bahrain (a) | Iraq (b) | Jordan (c) | Kuwait (d) | Lebanon (e) | Libya (f) | Oman (g) | Qatar (h) | Saudi Arabia (i) | Syria (j) | United Arab Emirates (k) | Yemen Arab Republic (l) | People's Democratic Republic of Yemen (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott Laboratories International Co. | 36-2205784 | 2830 | Manufacture & Sale of Health-care Products | | | | X | X | | | | | | X | | |
| Abbott Laboratories S.A., Switzerland | 36-0698440 | " | " | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Abbott Diagnostic Products GmbH, Germany | " | " | " | X | X | X | X | | | X | X | X | | X | X | |
| Edisco B.V., Netherlands | " | " | " | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Abbott Laboratories Limited, U.K. | " | " | " | X | X | | X | | X | X | | X | | X | | |
| Abbott S.A. Belgium | " | " | " | | | | | X | | X | | X | | X | | |

Attachment 2

RTMATTCH.RSC