# EXHIBIT

# AA

311 12-89

Form **1120-FSC**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return of a Foreign Sales Corporation

(Please type or print.)

For calendar year 1989 or other tax year beginning ........., 1989 and ending ..........., 19 ....

OMB No. 1545-0935

**1989**

| | | |
|---|---|---|
| A Date of incorporation: 12/12/84 | Name: Abbott Trading Company, Inc. | D Country or U.S. possession of incorporation (See specific instructions.): U.S. Virgin Islands |
| B Date of FSC or Small FSC election: 1/29/85 | Number and street (or P. O. box number if mail is not delivered to street address): Tax Division, D367/AP6D | E Employer identification number: 36-3335431 |
| C Check type of election made: ☒ FSC ☐ Small FSC | City or town, state, ZIP code, or country: Abbott Park, IL 60064-3500 | F Total assets (See specific instructions.) $ X |

G Refer to the last page of the instructions and enter the principal:
(1) Business code number ▶ 2830 (2) Business activity ▶ Commission Agent (3) Product or service ▶ Health Care Products

H Complete the following for the shareholder (individual, corporation, partnership, trust, or estate) who at the beginning of the FSC tax year was the principal shareholder. If two or more shareholders owned equal amounts of stock, enter the information for the shareholder that has the same tax year as the tax year of the corporation.

| | | | |
|---|---|---|---|
| (1) Name: Abbott Laboratories | | | (2) Identifying number: 36-0698440 |
| (3) Address: One Abbott Park Road, Abbott Park, IL 60064-3500 | | | (4) Total assets (corporations only) $ |
| (5) Percentage of voting stock owned: 100% | (6) Tax year end (month and year): 12/89 | (7) Service Center where return was (or is to be) filed: Kansas City, MO | (8) Foreign owner? ☐ Yes ☒ No |

Note: *If the FSC is a member of a controlled group of corporations as defined in section 927(d)(4) and the principal shareholder for which information is provided in H(1) through H(8) above is not the common parent of the group, complete H(9) through H(15) below for the common parent of the group. (See specific instructions.)*

| | | |
|---|---|---|
| (9) Name of common parent | (10) Identifying number | (11) Service Center where return was (or is to be) filed |
| (12) Address | | |
| (13) Percentage of voting stock owned | (14) Tax year end (month and year) | (15) Total assets (consolidated if applicable) $ |

I Enter the amount of tax-exempt interest income received or accrued during the tax year . . . . . . . . $

J Administrative Pricing Rules:
(1) Check the appropriate box(es) to indicate the pricing rule(s) used in determining the taxable income on transactions resulting in foreign trading gross receipts:
(a) ☐ 1.83% of foreign trading gross receipts (b) ☒ 23% of combined taxable income (c) ☐ Marginal costing (d) ☐ Section 482 method
(2) Check here if the FSC and the related supplier(s) have met the payment arrangement requirements of Temporary Regulations section 1.925(a)-1T(b)(2)(ii) and are thereby electing under that Regulations section to have met the requirements for use of the administrative pricing rules . . ☒

## Computation of Tax Due or Overpayment

| | | | |
|---|---|---|---|
| 1 | **Total tax** (Schedule J, line 8) | 1 | 6,814,168 00 |
| 2 | **Payments:** * Includes Interest of $61,857 | | |
| a | 1988 overpayment credited to 1989 — 2a | | |
| b | 1989 estimated tax payments — 2b 5,685,000 00 | | |
| c | Less 1989 refund applied for on Form 4466 — 2c ( ) — d Bal ▶ 2d | | |
| e | Tax deposited with Form 7004 — 2e 85,000 00 | | |
| f | Credit for Federal tax on fuels (attach Form 4136) — 2f | | |
| g | U.S. income tax paid or withheld at source (attach Form 1042S) — 2g | | |
| h | Total payments—Add lines 2d through 2g | 2h | 5,770,000 00 |
| 3 | Enter any **penalty** for underpayment of estimated tax—check ▶ ☐ if Form 2220 is attached | 3 | |
| 4 | **Tax due**—If the total of lines 1 and 3 is larger than line 2h, enter amount owed | 4 | 1,106,025 * |
| 5 | **Overpayment**—If line 2h is larger than the total of lines 1 and 3, enter amount overpaid | 5 | |
| 6 | Enter amount of line 5 you want: **a Credited to 1990 estimated tax** ▶ **b Refunded** ▶ | 6 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer — Date — ▶ Title: Vice President Taxes

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ▶ ☐ — Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ — E.I. No. ▶ — ZIP code ▶

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1120-FSC** (1989)

2277-6

Form 1120-FSC (1989) 311 12-89 Page 2

**Schedule A Cost of Goods Sold and/or Operations Related to Foreign Trading Gross Receipts (See instructions.)**

| | | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | |
| 2 Purchases | 2 | | |
| 3 Cost of labor | 3 | | |
| 4a Additional section 263A costs (see specific instructions—attach schedule) | 4a | | |
| b Other costs (attach schedule) | 4b | | |
| 5 Total—Add lines 1 through 4b | 5 | | |
| 6 Inventory at end of year | 6 | | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. (Enter here and on line 7 of Schedule B. Small FSCs, see specific instructions.) | 7 | | |

8a Check all methods used for valuing closing inventory:
(i) ☐ Cost (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4 (see specific instructions)
(iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see specific instructions)
(iv) ☐ Other (Specify method used and attach explanation.) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 8c

d Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the FSC? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

**Additional Information Required** (continued from page 1)

| | Yes | No |
|---|---|---|
| Was the FSC at any time during the year engaged in a trade or business in the U.S.? | | X |
| Is the FSC a foreign personal holding company or a personal holding company? (See specific instructions.) | | X |
| During the tax year, did the FSC maintain any part of its accounting/tax records on a computerized system? | X | |
| FSC Qualification Requirements: (1) Enter the greatest number of shareholders the FSC had at any time during the tax year ONE | | |
| Did the FSC have any preferred stock outstanding at any time during the tax year? | | X |
| During the tax year, did the FSC maintain an office, in a "qualifying foreign country" or "U.S. possession" (see specific instructions), in which a complete set of books and records (including invoices) for the FSC was maintained? | X | |
| (4) During the tax year, did the FSC maintain the records required under section 6001 at a location within the U.S.? | X | |
| (5) At all times during the tax year, did the FSC have at least one non-U.S. resident on its board of directors? | X | |
| (6) At any time during the tax year, was the FSC a member of a controlled group of corporations that included a DISC as a member? | | X |
| Foreign Management Tests. (These requirements do not apply to small FSCs.): (1) Did all formally convened meetings of the board of directors and all formally convened meetings of the shareholders take place outside the U.S.? | X | |
| (2) Principal bank accounts: (a) Were all dividends, legal and accounting fees, salaries of officers, and salaries or fees of members of the board of directors disbursed from bank accounts maintained outside the U.S.? (If so, these accounts are considered to be the FSC's principal bank accounts.) | X | |
| (b) At all times during the tax year, did the FSC maintain its principal bank accounts in a "qualifying foreign country" or "U.S. possession?" (See specific instructions.) | X | |
| Bank names ▶ Citibank, N.A. / St. Thomas V.I. Account numbers ▶ 0011509027 | | |

Foreign Economic Process Requirements. (These requirements do not apply to small FSCs.):

(1) Check the appropriate box below to make an annual election to group the sales activities described under Regulations section 1.924(d)-1(c) on one of the following bases:
☐ customer grouping ☐ contract grouping ☒ product or product line grouping ☐ product or product line subgroupings

(2) Check one or both boxes below to indicate how the FSC met the "foreign direct costs" requirement:
☒ The FSC (or any person under contract with the FSC) met the 50% test of section 924(d)(1).
☒ The FSC (or any person under contract with the FSC) met the alternative 85% test of section 924(d)(2). Check to indicate the paragraphs of section 924(e) with respect to which this alternative test was satisfied: (1)☐ (2)☐ (3)☐ (4)☐ (5)☐

(3) Check the appropriate box below to make the annual election described in Regulations section 1.924(d)-1(e) to group foreign direct costs on one of the following bases: ☐ customer grouping ☐ contract grouping ☒ product or product line grouping

...ies relating to disposition of export property:

(1) Check here if the FSC is electing under Regulations section 1.924(e)-1(e)(1) to bear the economic risk of nonpayment of certain commission contracts ☒

(2) Indicate here which one of the 5 methods listed in that Regulations section describes how the risk is to be borne by the FSC: ASSUMING THE RISK OF BAD DEBT IN ACCORDANCE WITH THE RULES OF PARAGRAPH (e)(4)(i)

2277-10

Form 1120-FSC (1989) 311 12-89



## Schedule E Percentages (expressed as decimals to 5 places) To Be Used in Figuring Exempt Foreign Trade Income—Sections 923(a)(2) and (3), and 291(a)(4)

*If all shareholders of the FSC are C corporations, enter .30000 on line 2d and .65217 on line 3d and skip all other lines. If all shareholders are other than C corporations, enter .32000 on line 2d and .69565 on line 3d and skip all other lines.*

| | | |
|---|---|---|
| 1 Percentage (express as decimal to 5 places) of voting stock owned by shareholders that are C corporations | 1 | |
| 2 Exemption for foreign trade income determined without regard to administrative pricing rules: | | |
| a Difference between section 923(a)(2) and section 291(a)(4)(A) percentage | 2a | .02000 |
| b Section 923(a)(2) percentage | 2b | .32000 |
| c Line 2a times line 1 | 2c | |
| d Exemption percentage—Line 2b less line 2c. (Enter here and on line 9b, Schedule B; and on line 16b, Schedule G.) | 2d | .30000 |
| 3 Exemption percentage for foreign trade income determined under administrative pricing rules: | | |
| a Difference between section 923(a)(3) fraction and section 291(a)(4)(B) fraction (16/23 – 15/23 = 1/23) expressed as a decimal | 3a | .04348 |
| b Section 923(a)(3) fraction (16/23) expressed as a decimal | 3b | .69565 |
| c Line 3a times line 1 | 3c | |
| d Exemption percentage—Line 3b less line 3c. (Enter here and on line 9a, Schedule B; and on line 16a, Schedule G.) | 3d | .65217 |

## Schedule F Nonexempt Foreign Trade Income (excluded from section 923) and Nonforeign Trade Income

### Part I—Nonexempt Foreign Trade Income (excluded from section 923)

| | (a) Using Administrative Pricing Rules | | (b) Not Using Administrative Pricing Rules | |
|---|---|---|---|---|
| 1 Enter the remaining 50% of total receipts attributable to the sale, exchange, or other disposition of military property and related services. (**Note:** *The first 50% of these receipts was reported on lines 1 and 3 of Schedule B.*) | | | | |
| 2 International boycott income (see specific instructions) | | | | |
| 3 Illegal bribes and other payments (see specific instructions) | | | | |
| 4 [illegible] lines 1, 2, and 3 | | | | |
| 5 [illegible] cost of goods sold and other expenses related to above income | | | | |
| 6 Nonexempt foreign trade income—Line 4 less line 5. (Enter here and on line 12, columns (a) and (b), Schedule B.) | | | | |

### Part II—Nonforeign Trade Income

| | | | |
|---|---|---|---|
| 7 Small FSCs—If line 6f of Schedule B exceeds line 6e of Schedule B, enter the excess. (Include the deduction for cost of goods sold attributable to the excess on line 18 below.) | 7 | | |
| 8 Interest income | 8 | | |
| 9 Dividend income (attach schedule—see specific instructions) | 9 | | |
| 10 Carrying charges | 10 | | |
| 11 Royalties | 11 | | |
| 12 Other investment income | 12 | | |
| 13 Receipts excluded under section 924(f) on basis of use, subsidized receipts and receipts from related parties | 13 | | |
| 14 Income from excluded property under sections 927(a)(2) and (3) | 14 | | |
| 15 Income from transactions that did not qualify as foreign trade income because the "economic process requirements" (see General Instruction C3 for definition) were not met | 15 | | |
| 16 Other income | 16 | | |
| 17 [illegible]—Add lines 7 through 16 | 17 | NONE | |
| 18 En[illegible] deductions allocated or apportioned to line 17 income (attach schedule—see specific instructions) | 18 | | |
| 19 Taxable nonforeign trade income—Line 17 less line 18. (Enter here and on line 17, Schedule B.) | 19 | None | |

Form 1120-FSC (1989) Page 3

**Schedule B** Taxable Income (or Loss)

## Part I—Income Attributable to Foreign Trade Income

| Type of Receipt (see specific instructions) | | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|---|
| 1 Sale, exchange, or other disposition of export property. (Include only 50% of military property sales. Include the other 50% on line 1, Schedule F.) | | 82,111,338 00 | |
| 2 Lease or rental of export property for use outside the U.S. | | | |
| 3 Services related and subsidiary to: | | | |
| a Sale, exchange, or other disposition of export property. (Include only 50% of services related to the sale or other disposition of military property. Include the other 50% on line 1, Schedule F.) | | | |
| b Lease or rental of export property | | | |
| 4 Engineering or architectural services for construction projects outside the U.S. | | | |
| 5 Managerial services for an unrelated FSC or DISC. (See specific instructions for determination of qualifying amount.) | | | |
| 6 Total Foreign Trading Gross Receipts: | | | |
| a All FSCs—Add lines 1 through 5. (FSCs that are not small FSCs, skip lines 6b through 6h and go to line 7. Small FSCs, complete lines 6b through 6h to determine your foreign trading gross receipts.) | | 82,111,338 00 | |
| b Small FSC limitation (section 924(b)(2)(B)) | $5,000,000 00 | | |
| c Controlled group member's share of line 6b (see specific instructions) | | | |
| d Enter smaller of: (a) number of days in tax year divided by 365, or (b) 1 (one) | | | |
| e Proration of limitation—Line 6b or line 6c (whichever applies) times line 6d | | | |
| f Enter total of columns (a) and (b), line 6a. (If commission income is included on line 6a, see special computation rule in specific instructions for line 6f.) | | | |
| g Small FSC foreign trading gross receipts that may be taken into account in determining exempt foreign trade income (enter the smaller of line 6e or 6f) | | | |
| **Note:** *If line 6f exceeds line 6e, enter the excess on line 7 of Schedule F. See specific instructions for line 6h if commission income is involved.* | | | |
| h Allocate the amount from line 6g to columns (a) and (b)—See specific instructions. | | | |
| 7 Cost of goods sold (Schedule A, line 7) (Small FSCs, enter only the portion of cost of goods sold that is attributable to the receipts on line 6h above.) (See specific instructions for Schedule A.) | | | |
| 8 Foreign trade income—Line 6a or 6h (whichever applies) less line 7 | | 82,111,338 | |
| 9a Exemption percentage from line 3d, Schedule E | | .65217 % | |
| b Exemption percentage from line 2d, Schedule E | | | % |
| 10 Exempt foreign trade income—Multiply line 8 by lines 9a and 9b. | | 53,550,551 | |
| 11 Nonexempt foreign trade income—Line 8 less line 10 | | 28,560,787 | |
| 12 Enter nonexempt foreign trade income from line 6, Schedule F | | | |
| 13 Add lines 11 and 12 | | 28,560,787 | |
| 14 Enter deductions from line 18, Schedule G, that are attributable to nonexempt foreign trade income | | 8,582,570 | |
| 15 Net income attributable to nonexempt foreign trade income—Line 13 less line 14 | | 19,978,217 00 | |

## Part II—Taxable Income (or Loss)

| | | |
|---|---|---|
| 16 Taxable income attributable to foreign trade income—Enter total of columns (a) and (b), line 15, reduced by any nontaxable income included in line 15, column (b). Attach a schedule that shows the computation of the taxable portion of line 15, column (b) | | 19,978,217 00 |
| 17 Taxable nonforeign trade income from line 19, Schedule F | | |
| 18 Taxable income (or loss) before net operating loss deduction and dividends-received deduction—Add lines 16 and 17 | | 19,978,217 00 |
| 19 Less: a Net operating loss deduction (see specific instructions—attach schedule) | | |
| b Dividends-received deduction (see specific instructions—attach schedule) | | |
| c Add lines 19a and 19b | | |
| Taxable income (or loss)—Line 18 less line 19c (enter here and see specific instructions for Schedule J for figuring the tax on this income) | | 19,978,217 00 |

Form 1120-FSC (1989) 2277-11 Page 5

**Schedule G** Deductions Allocated or Apportioned to Foreign Trade Income (See specific instructions for limitations on deductions before completing lines 1 through 14.)

| | | (a) Using Administrative Pricing Rules | (b) Not Using Administrative Pricing Rules |
|---|---|---|---|
| 1 Foreign direct costs: | | | |
| a Section 924(e)(1) (advertising and sales promotion) | 1a | 4,951,295 66 | |
| b Section 924(e)(2) (certain processing and arranging costs) | 1b | | |
| c Section 924(e)(3) (certain transportation costs) | 1c | 12,690,540 00 | |
| d Section 924(e)(4) (certain determination and transmittal costs) | 1d | | |
| e Section 924(e)(5) (assumption of credit risk) | 1e | 4,025 00 | |
| f Add lines 1a through 1e | 1f | | |
| 2 Advertising | 2 | | |
| 3 Interest | 3 | 43,925 | |
| 4 Depreciation from Form 4562 (less depreciation claimed elsewhere on this return) (attach Form 4562) | 4 | | |
| 5 Salaries and wages | 5 | | |
| 6 Rents | 6 | 1,870 00 | |
| 7 Sales commissions | 7 | — | |
| 8 Warehousing Traffic, Invoicing & Shipping | 8 | 2,783,119 00 | |
| 9 Freight | 9 | | |
| 10 Compensation of officers | 10 | | |
| 11 Bad debts (see specific instructions) | 11 | | |
| 12 Pension, profit-sharing, etc., plans | 12 | | |
| 13 Employee benefit programs | 13 | | |
| 14 Other (list): ▶ Fees to Subcontractors for activities described in Section 925(c) | | 4,309,781 00 | |
| Miscellaneous Fees + Taxes | 14 | 30,0?? 00 | |
| 15 Total (add lines 1f through 14) | 15 | 24,674,613 | |
| 16a Exemption percentage from line 3d, Schedule E | 16a | .65217 % | |
| b Exemption percentage from line 2d, Schedule E | 16b | | |
| 17 Deductions relating to exempt foreign trade income—Line 15 (column (a)) times line 16a and line 15 (column (b)) times line 16b | 17 | 16,092,043 | |
| 18 Total deductions relating to nonexempt foreign trade income—Line 15 less line 17. (Enter here and on line 14, columns (a) and (b), Schedule B.) | 18 | 8,582,570 00 | |

Handwritten margin notes: Exp; w/Nola; Sch; Sch Part III Line 2 - DIRECT FSC EXP.

**Schedule J** Tax Computation (See instructions.)

1 Check if you are a member of a controlled group (see section 927(d)(4)) ▶ ☒

2 If the box on line 1 is checked:

a Enter your portion of the $50,000 amount and $25,000 amount (in that order) in each taxable income bracket:

(i) $ NONE (ii) $ NONE

b Enter your share of the additional 5% tax (not to exceed $11,750) $

| | | |
|---|---|---|
| 3 Income tax (see specific instructions to figure the tax). Check this box if the FSC is a qualified personal service corporation (see specific instructions) ▶ ☐ | 3 | 6,792,594 00 |
| 4 Foreign tax credit (see specific instructions—attach Form 1118) | 4 | |
| 5 Line 3 less line 4 | 5 | 6,792,594 00 |
| 6 Personal holding company tax (attach Schedule PH (Form 1120)) | 6 | |
| 7a Alternative minimum tax (see specific instructions—attach Form 4626) | 7a | |
| b Environmental tax (see specific instructions—attach Form 4626) | 7b | 21,574 00 |
| 8 **Total tax**—Add lines 5, 6, 7a, and 7b. Enter here and on line 1, page 1 | 8 | 6,814,168 00 |



X

Form 1120-FSC (1989) 311 12-89 Page 6

**Schedule L — Balance Sheets**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 6,276 | | 4,579 |
| 2a Trade notes and accounts receivable | | | | |
| b Commissions receivable | | | | |
| c Less allowance for bad debts | | 40,774,554 | | 43,536,853 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | 1,425,504 | | 1,711,745 |
| 7 Loans to stockholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 5,379 | | 5,085 | |
| b Less accumulated amortization | 294 | 5,085 | 295 | 4,790 |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 42,211,419 | | 45,257,967 |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mtges., notes, bonds payable in less than 1 year | | | | |
| 18 Transfer prices payable | | | | |
| 19 Other current liabilities (attach schedule) | | 9,482,637 | | 9,255,837 |
| 20 Loans from stockholders | | | | |
| 21 Mtges., notes, bonds payable in 1 year or more | | | | |
| 22 Other liabilities (attach schedule) | | | | |
| 23 Capital stock | | 5,000 | | 5000 |
| 24 Paid-in or capital surplus | | | | |
| 25 Retained earnings—Appropriated (attach schedule) | | | | |
| 26 Retained earnings—Unappropriated | | 32,723,782 | | 35,997,130 |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and stockholders' equity | | 42,211,419 | | 45,257,967 |

**Schedule M-1 — Reconciliation of Income per Books With Income per Return**

| | | | |
|---|---|---|---|
| 1 Net income per books | 43,273,348 | 7 Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax | 6,595,586 | a Tax-exempt interest . $ | |
| 3 Excess of capital losses over capital gains | | b Exempt foreign trade income . $ | 53,550,551 |
| 4 Income subject to tax not recorded on books this year (itemize): Adj. for Final Commission | 28,830,688 | Prior Yr. Adjustments | 17,644,849 |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| a Depreciation $ | | a Depreciation $ | |
| b Deductions attributable to exempt foreign trade income $ | 16,092,043 | Bad Debt | 9,025 |
| c Travel and entertainment $ | | Additional Charge | 3,609,023 |
| 6 Total of lines 1 through 5 | 14,791,665 | 9 Total of lines 7 and 8 | 74,813,448 |
| | | 10 Taxable income (line 6 less line 9) | 19,978,217 |

**Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (line 26 above)**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 32,723,782 | 5 Distributions: a Cash | 40,000,000 |
| 2 Net income per books | 43,273,348 | b Stock | |
| 3 Other increases (itemize): | | c Property | |
| | | 6 Other decreases (itemize): | |
| 4 Total of lines 1, 2, and 3 | 75,997,130 | 7 Total of lines 5a, b, c, and 6 | |
| | | 8 Balance at end of year (line 4 less line 7) | 35,997,130 |

312 1-90

2277-25

**SCHEDULE P (Form 1120-FSC)**
Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

**Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.**

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Diagnostics / Abbott Manufacturing Inc.

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 348,658,685 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 114,791,969 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 40,113,994 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 6,334,575 | |
| d | Add lines 2a through 2c | | 161,240,538 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 187,418,147 |

575

**Section A-2.—If marginal costing is used**

| Line | Description | | Amount |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | Amount |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 187,418,147 |
| 14 | Enter 23% of line 13 | 43,106,174 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 43,106,174 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | Amount |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | Amount |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 43,106,174 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 6,321,545 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 49,427,719 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1989

312 1-90

Abbott

2277-25

**SCHEDULE P (Form 1120-FSC)**

Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

**Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.**

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc

This schedule is for a (check one—see Instruction A):
- (a) Single transaction ☐
- (b) Group of transactions ☒
- (c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Agriculture & Veterinary / Abbott Laboratories

Employer identification number: 36-3233431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 16,216,551 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 14,406,507 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 372,615 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 863 | |
| d | Add lines 2a through 2c | | 14,779,985 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 1,436,566 |

**Section A-2.—If marginal costing is used**

| Line | Description | | Amount |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | Amount |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 1,436,566 |
| 14 | Enter 23% of line 13 | 330,410 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 330,410 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | Amount |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | Amount |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 330,410 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 330,410 |

Abbott

312 1-90

2277-25

**SCHEDULE P (Form 1120-FSC)**

Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

**Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.**

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Health Care / Abbott Laboratories

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 81,978,248 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 70,522,333 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 2,358,313 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 5,463 | |
| d | Add lines 2a through 2c | | 72,886,109 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 9,092,139 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 9,092,139 |
| 14 | Enter 23% of line 13 | 2,091,192 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 2,091,192 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 2,091,192 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 2,091,192 |

**For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.**

**Schedule P (Form 1120-FSC) 1989**

Abbott

312 1-90

2277-25

**SCHEDULE P (Form 1120-FSC)**

Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Diagnostics / Abbott Laboratories

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 11,371,971 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 7,341,883 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 829,635 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 1,922 | |
| d | Add lines 2a through 2c | | 8,173,440 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 3,198,531 |

**Section A-2.—If marginal costing is used**

| Line | Description | | Amount |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | Amount |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 3,198,531 |
| 14 | Enter 23% of line 13 | 735,662 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 735,662 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | Amount |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | Amount |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 735,662 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 735,662 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1989

ALIC

312

2277-25

**SCHEDULE P (Form 1120-FSC)**

Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Diagnostics

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 243,292,162 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 201,524,990 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 7,985,113 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | +10,170,468 | |
| d | Add lines 2a through 2c | | 219,680,571 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 23,611,591 |

468 FST

**Section A-2.—If marginal costing is used**

| Line | Description | | Amount |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| Line | Description | Amount |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 23,611,591 |
| 14 | Enter 23% of line 13 | 5,430,666 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 5,430,666 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| Line | Description | Amount |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| Line | Description | Amount |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 5,430,666 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 10,165,120 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 15,595,786 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1989

312 1-90 AUC

2277-25

**SCHEDULE P (Form 1120-FSC)**
Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

**1989**

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Agriculture & Veterinary

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 42,174,912 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 27,653,132 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 2,776,297 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 3,836,295 | |
| d | Add lines 2a through 2c | | 34,265,724 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 7,909,188 |

2950(4) 39

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 7,909,188 |
| 14 | Enter 23% of line 13 | 1,819,113 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 1,819,113 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 1,819,113 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 3,834,435 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 5,653,548 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1989

312 1-90

ALIC

2277-25

SCHEDULE P (Form 1120-FSC)

Department of the Treasury
Internal Revenue Service

# Computation of Transfer Price or Commission

Attach a separate Schedule P to Form 1120-FSC for each transaction, group of transactions, or aggregate of transactions to which the pricing rules under sections 925(a)(1) and (2) are applied.

For amount reported on line ________, Schedule ________, Form 1120-FSC.

OMB No. 1545-0935

1989

Name as shown on Form 1120-FSC: Abbott Trading Company, Inc.

This schedule is for a (check one—see Instruction A):
(a) Single transaction ☐
(b) Group of transactions ☒
(c) Aggregate of transactions ☐

Identify product or product line reported on this schedule. (Also, enter the Principal Business Activity code, if used.) (See Instruction A.) Health Care Products

Employer identification number: 36-3335431

## Part I Computation of FSC Profit

### Section A.—Computation of Combined Taxable Income

**Section A-1.—If full costing is used (or if 100% of full costing combined taxable income limitation is applicable)**

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction between FSC (or related supplier) and third party | | 108,825,379 |
| 2 | Costs and expenses allocable to foreign trading gross receipts from transaction: | | |
| a | Cost of goods sold attributable to property if sold, or depreciation attributable to property if leased | 82,033,711 | |
| b | Related supplier's expenses allocable to foreign trading gross receipts from transaction | 5,122,073 | |
| c | FSC's expenses allocable to foreign trading gross receipts from transaction | 4,281,098 | |
| d | Add lines 2a through 2c | | 91,436,882 |
| 3 | Combined taxable income (subtract line 2d from line 1—if the result is a negative number, enter zero) | | 17,388,497 |

**Section A-2.—If marginal costing is used**

| | | | |
|---|---|---|---|
| 4 | Foreign trading gross receipts from resale by FSC (or sale by related supplier) to third party | | |
| 5 | Costs and expenses allocable to foreign trading gross receipts from sale: | | |
| a | Cost of direct material attributable to property sold | | |
| b | Cost of direct labor attributable to property sold | | |
| c | Add lines 5a and 5b | | |
| 6 | Combined taxable income (or loss) before application of overall profit percentage limitation (subtract line 5c from line 4—if the result is a negative number, skip lines 7 through 11 and enter zero on line 12) | | |
| 7 | Gross receipts of related supplier and FSC (or controlled group) from all foreign and domestic sales of the product or product line | | |
| 8 | Costs and expenses of related supplier and FSC (or controlled group) allocable to gross income from such sales: | | |
| a | Cost of goods sold attributable to property sold | | |
| b | Expenses allocable to gross income from such sales | | |
| c | Add lines 8a and 8b | | |
| 9 | Total taxable income on full costing basis (subtract line 8c from line 7—if the result is a negative number, skip lines 10 and 11 and enter zero on line 12) | | |
| 10 | Overall profit percentage (divide line 9 by line 7) (if controlled group optional method is used, check here ☐) | | % |
| 11 | Overall profit percentage limitation (multiply line 4 by line 10) | | |
| 12 | Combined taxable income (enter the smaller of line 6 or line 11) | | |

### Section B.—23% of Combined Taxable Income Method

| | | |
|---|---|---|
| 13 | Combined taxable income (enter amount from line 3 or line 12) | 17,388,497 |
| 14 | Enter 23% of line 13 | 3,999,354 |
| 15 | FSC profit—Enter amount from line 14 (or if marginal costing was used, the smaller of line 3 or line 14) | 3,999,354 |

### Section C.—1.83% of Foreign Trading Gross Receipts Method

| | | |
|---|---|---|
| 16 | Foreign trading gross receipts from transaction (enter amount from line 1) | |
| 17 | Multiply line 16 by 1.83% | |
| 18 | Multiply line 3 or line 12 (as elected by related supplier) by 46% | |
| 19 | FSC profit—Enter the smallest of line 3, line 17, or line 18 | |

## Part II Computation of Transfer Price From Related Supplier to FSC

| | | | |
|---|---|---|---|
| 1 | Foreign trading gross receipts from transaction (enter amount from line 1 or line 4, Part I) | | |
| 2 | Reductions: | | |
| a | FSC profit (applicable amount from line 15 or 19, Part I) | | |
| b | FSC expenses allocable to foreign trading gross receipts from transaction | | |
| c | Add lines 2a and 2b | | |
| 3 | Transfer price from related supplier to FSC—Line 1 less line 2c (see Instruction E) | | |

## Part III Computation of FSC Commission From Related Supplier

| | | |
|---|---|---|
| 1 | FSC profit (applicable amount from line 15 or 19, Part I) | 3,999,354 |
| 2 | FSC expenses allocable to foreign trading gross receipts from transaction | 4,277,667 |
| 3 | FSC commission from related supplier—Add lines 1 and 2 (see Instruction E) | 8,277,021 |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 1120-FSC.

Schedule P (Form 1120-FSC) 1989

320 6-90 **3255**

Form **4626**
Department of the Treasury
Internal Revenue Service

# Alternative Minimum Tax—Corporations
## (including environmental tax)

▶ See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0175
**1989**

Name as shown on tax return: Abbott Trading Company, Inc.
Employer identification number: 36-3335431

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | | | 1 | 19,978,217 |
| 2 | **Adjustments:** | | | | |
| a | Depreciation of tangible property placed in service after 1986 | 2a | | | |
| b | Amortization of certified pollution control facilities placed in service after 1986 | 2b | | | |
| c | Amortization of mining exploration and development costs paid or incurred after 1986 | 2c | | | |
| d | Amortization of circulation expenditures paid or incurred after 1986 (personal holding companies only) | 2d | | | |
| e | Basis adjustments in determining gain or loss from sale or exchange of property | 2e | | | |
| f | Long-term contracts entered into after February 28, 1986 | 2f | | | |
| g | Installment sales of certain property | 2g | | | |
| h | Merchant marine capital construction funds | 2h | | | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | | | |
| j | Tax shelter farm activities (personal service corporations only) | 2j | | | |
| k | Passive activities (closely held corporations and personal service corporations only) | 2k | | | |
| l | Certain loss limitations | 2l | | | |
| m | Other | 2m | | | |
| n | Combine lines 2a through 2m | | | 2n | |
| 3 | **Tax preference items:** | | | | |
| a | Depletion | 3a | | | |
| b | Tax-exempt interest from private activity bonds issued after August 7, 1986 | 3b | | | |
| c | Appreciated property charitable deduction | 3c | | | |
| d | Add lines 3a through 3c | | | 3d | |
| e | Intangible drilling costs | 3e | | | |
| f | Reserves for losses on bad debts of financial institutions | 3f | | | |
| g | Accelerated depreciation of real property placed in service before 1987 | 3g | | | |
| h | Accelerated depreciation of leased personal property placed in service before 1987 (personal holding companies only) | 3h | | | |
| i | Amortization of certified pollution control facilities placed in service before 1987 | 3i | | | |
| j | Add lines 3e through 3i | | | 3j | |
| 4 | Combine lines 1, 2n, 3d, and 3j | | | 4 | 19,978,217 |
| 5 | **Excess book income adjustment:** | | | | |
| a | Enter your adjusted net book income. (49,868,934 X .65217) = 32,523,093 | 5a | 17,345,911 | | |
| b | Subtract line 4 from line 5a (even if one or both of these figures is a negative number). (Enter zero if the result is zero or less) | 5b | 0 | | |
| c | Multiply line 5b by 50% | | | 5c | 0 |
| 6 | Combine lines 4 and 5c. If zero or less, stop here (you are not subject to the alternative minimum tax) | | | 6 | 19,978,217 |
| 7 | Alternative tax net operating loss deduction. (Do not enter more than 90% of line 6.) | | | 7 | |
| 8 | Alternative minimum taxable income (subtract line 7 from line 6) | | | 8 | 19,978,217 |
| 9 | **Exemption phase-out computation:** | | | | |
| a | Tentative exemption amount. Enter $40,000 (members of a controlled group, see instructions) | 9a | | | |
| b | Enter $150,000 (members of a controlled group, see instructions) | 9b | | | |
| c | Subtract line 9b from line 8. If zero or less, enter zero | 9c | | | |
| d | Multiply line 9c by 25% | 9d | | | |
| e | Exemption. Subtract line 9d from line 9a. If zero or less, enter zero | | | 9e | |
| 10 | Subtract line 9e from line 8. If zero or less, enter zero | | | 10 | 19,978,217 |
| 11 | Multiply line 10 by 20% | | | 11 | 3,995,643 |
| 12 | Alternative minimum tax foreign tax credit | | | 12 | |
| 13 | Tentative minimum tax (subtract line 12 from line 11) | | | 13 | 3,995,643 |
| 14 | General business credit allowed against alternative minimum tax (see instructions) | | | 14 | |
| 15 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | | | 15 | 6,792,594 |
| 16 | **Alternative minimum tax**—Add lines 14 and 15 and subtract the total from line 13. If the result is greater than zero, enter on line 9a, Schedule J, Form 1120, or on the comparable line of other income tax returns | | | 16 | NONE |
| 17 | **Environmental tax**—Subtract $2,000,000 from line 6 (computed without regard to your environmental tax deduction), and multiply the result, if any, by 0.12% (.0012). Enter on line 9b, Schedule J, Form 1120, or on the comparable line of other income tax returns (members of a controlled group, see instructions) | | | 17 | 21,574 |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **4626** (1989)

[The next page is 3255-3.]