# In The United States Court of Federal Claims

No. 06-778T

(Filed: April 17, 2007)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 29, 2007, defendant filed its amended answer to plaintiffs complaint. Pursuant to RCFC Appendix A, a joint preliminary status report is due in this case on May 23, 2007. On April 16, 2007, plaintiff filed a partial motion for summary judgment. Briefing on this motion is hereby **STAYED** pending further notice by the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge