# In The United States Court of Federal Claims

No. 06-778T

(Filed: May 17, 2007)

---

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A preliminary status conference will be held in this case on Thursday, May 31, 2007, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge