# In The United States Court of Federal Claims

No. 06-778T

(Filed: June 1, 2007)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 31, 2007, a preliminary status conference was held in this case. Participating in this conference were Robert W. DeJoy for plaintiff and George L. Squires for defendant. Pursuant to discussions held therein, the court adopts the following schedule:

1. On or before June 15, 2007, defendant shall file its response to plaintiff's motion for partial summary judgment and its own dispositive motion.

2. On or before July 13, 2007, plaintiff shall file its response to defendant's motion and reply to plaintiff's motion for partial summary judgment.

3. On or before July 27, 2007, defendant shall file its reply to its motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge