IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ABBOTT LABORATORIES U.S. and SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-778 T |
| | ) | Judge Allegra |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 7 days, from June 15, 2007, to and including June 22, 2007, within which to file defendant's response to plaintiff's motion for partial summary judgment, and to file defendant's motion for summary judgment and supporting brief. As good cause for granting this motion, defendant represents that the time requested is needed to review and revise the draft motion and brief submitted today for that purpose. Defendant's trial attorney was delayed in submitted his draft due to serious illness in his family. Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 7 days through June 22, 2007, within which to file defendant's response to plaintiff's motion for partial summary judgment, and to file defendant's motion for summary judgment.

Respectfully submitted,

s/George L. Squires

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

June 14, 2007