# In The United States Court of Federal Claims

No. 06-778T

(Filed: June 14, 2007)

ABBOTT LABORATORIES U.S. and
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 14, 2007, defendant filed an unopposed motion for an enlargement of time to file its response to plaintiff's motion for summary judgment and its cross-motion for summary judgment. This motion is hereby **GRANTED**. Accordingly, the court revises the briefing schedule as follows:

1. On or before June 22, 2007, defendant shall file its response to plaintiff's motion for partial summary judgment and its cross-motion.

2. On or before July 20, 2007, plaintiff shall file its response to defendant's cross-motion and its reply in support of plaintiff's motion for partial summary judgment.

3. On or before August 3, 2007, defendant shall file its reply in support of its cross-motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge