IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-778 T
Judge Allegra

ABBOTT LABORATORIES and
U.S. SUBSIDIARIES,

Plaintiff,

v.

UNITED STATES,

Defendant.

---

MOTION FOR LEAVE TO FILE (TEMPORARILY)
BRIEF FOR THE UNITED STATES WITHOUT
TABLE OF CONTENTS AND APPENDIX

---

Defendant, the United States, respectfully moves the Court for leave to file, temporarily, its brief in support of its cross-motion for summary judgment, without the table of contents and appendix. If this motion is granted, defendant will file, during the week of June 25, 2007, the same (unaltered) brief, with the required table of contents and appendix.

As reason for this request, defendant states that we are filing today Defendant's Proposed Findings of Uncontroverted Fact, Defendant's Response to Plaintiff's Proposed Findings of Uncontroverted Fact, Cross-Motion of the United States for Summary Judgment, and the brief in support of the motion. We were unable to complete preparation of the table of contents and the appendix to the brief in time for filing today, however, because the Legal Assistant assigned to this case, who is responsible for completing those projects, sustained an injury to her wrist on

Wednesday, and will be unable to return to the office until some time next week.

Respectfully submitted,

June 22, 2007

s/George L. Squires
GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

June 22, 2007

s/Mary M. Abate
Of Counsel