IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-778 T
Judge Allegra

ABBOTT LABORATORIES and
U.S. SUBSIDIARIES,

Plaintiff,

v.

UNITED STATES,

Defendant.

**CROSS-MOTION OF THE UNITED STATES FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of this Court, defendant, the United States, respectfully moves the Court for summary judgment in its favor on the grounds that there are no genuine issues of material fact that would preclude entry of judgment, and that the Government is entitled to judgment as a matter of law.

In support of this motion, the United States relies on the complaint, Defendant's Proposed Findings of Uncontroverted Fact, and the attached brief.

WHEREFORE, the United States respectfully requests that this Court grant summary judgment in favor of the United States, dismiss the complaint with prejudice, and award costs to the United States.

Respectfully submitted,

June 22, 2007

s/George L. Squires

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

June 22, 2007

s/Mary M. Abate
Of Counsel