IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-778 T
Judge Allegra

ABBOTT LABORATORIES and
U.S. SUBSIDIARIES,

Plaintiff,

v.

UNITED STATES,

Defendant.

---

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

---

1. This is an action filed in the United States Court of Federal Claims on November 11, 2006, pursuant to 26 U.S.C. § 7422 and 28 U.S.C. § 1491, by Abbott Laboratories and members of its affiliated group of corporations ("Abbott Laboratories" or "plaintiff") to recover alleged overpayments of tax and interest plus interest provided by law for calendar years 1987, 1988 and 1989. (Complaint ¶¶ 1, 5.)

2. During the years in suit, Abbott was an Illinois corporation with its principal offices in Abbott Park, Illinois. (Complaint ¶ 2.)

3. Abbott Laboratories timely filed its original consolidated federal income tax returns on form 1120 for calendar years 1987, 1988, and 1989. (Complaint ¶ 5.)

4. On the original federal income tax returns it filed for calendar years 1987, 1988, and

1989, Abbott Laboratories claimed deductions for commission expenses associated with export sales that generated "foreign trading gross receipts," as defined by 26 U.S.C. § 924(a). (Complaint ¶¶ 23, 27.)

5. On or about February 14, 1992, August 31, 1993, October 11, 1994, March 30, 1995, September 26, 1995, September 17, 1996, November 10, 1997, and April 22, 1998, Abbott Laboratories filed Forms 872, Consent to Extend the Time to Assess Tax, with respect to each of the years in suit, ultimately agreeing in accordance with 26 U.S.C. § 6501(c)(4) to extend the date within which the Commissioner could assess additional income tax against Abbott for tax years1987, 1988, and 1989 through September 30, 1998. (Complaint ¶ 6 & Ex. A-H.)

6. During the years in suit, Abbott Trading Company, Inc. ("ATCI") was a U.S. Virgin Islands corporation, all of whose stock was owned by Abbott Laboratories. (Complaint ¶ 4.)

7. In accordance with 26 U.S.C. §§ 922(b) and 927(f)(1) for the years in suit, ATCI elected to be treated as a foreign sales corporation (FSC) for federal income tax purposes. (Complaint ¶ 4.)

8. For the years in suit, ATCI was not a member of Abbott Laboratories's affiliated group. (26 U.S.C. § 1504(a).)

9. For each of the years in suit, ATCI filed its own separate federal income tax return on Form 1120-FSC. (Complaint ¶ 7.)

10. On its original FSC returns, ATCI computed its FSC commission as 23 % of Abbott Laboratories' combined taxable income in relation to Abbott Laboratories' export sales

by division. ATCI reported its taxable income on its original FSC returns as 8/23 of this FSC commission. (Complaint ¶ 27.)

11. On its original income tax returns ATCI calculated the FSC commission payable to ATCI by broadly "grouping" transactions by product group. (Complaint ¶ 25.)

12. On or about February 14, 1992, August 31, 1993, October 11, 1994, March 30, 1995, September 26, 1995, and September 17, 1996, ATCI filed Forms 872, Consent to Extend the Time to Assess Tax, with respect to each of the years in suit, ultimately agreeing in accordance with 26 U.S.C. § 6501(c)(4) to extend the date within which the Commissioner could assess additional income tax against ATCI for calendar tax years 1987, 1988, and 1989 through December 31, 1997. (Complaint ¶ 8; Exhibits I-N.)

13. On June 29, 1998, Abbott Laboratories filed Forms 1120X "Amended U.S. corporation Income Tax Return" in which it claimed tax refunds based on the following reported increases in deductions, reductions in taxable income, and income tax overpayments for 1987, 1988, and 1989 all "due to a redetermination of the Foreign Sales Corporation (FSC) commissions:"

| | 1987 | 1988 | 1989 |
|---|---|---|---|
| increase deduction for FSC commission | $ 6,354,591 | $ 9,350,873 | $ 14,435,229 |
| reduction of taxable income | $ 6,354,591 | $ 9,350,873 | $ 14,435,229 |
| overpayment of income tax | $ 2,538,702 | $ 3,179,297 | $ 4,907,978 |

(Complaint ¶¶ 39-40; Complaint Exhibits O at 46-47, P at 82-83, and Q at 132-133.)

14. Also on June 29, 1998, ATCI filed letters under penalties of perjury with the IRS asserting additional FSC commission income for 1987, 1988, and 1989. In those letters,

ATCI reported the following:

| | 1987 | 1988 | 1989 |
|---|---|---|---|
| Total commission payable to ATCI | $51,849,517 | $79,651,168 | $96,546,567 |
| Total non-exempt foreign trade income | $18,034,817 | $27,705,066 | $33,581,792 |
| Increase in taxable income | $ 2,210,316 | $ 3,252,514 | $ 5,021,005 |

(Declaration of A. J. Shoultz at ¶¶ 16, 23d, 23e, 23f, and Exhibits R, S, and T thereto, Document 13-2 filed by plaintiff on April 16, 2007, with its motion for partial summary judgment. Defendant makes this admission solely for the purpose of this Court's considering the parties' cross-motions for summary judgment. In the event this case is not disposed of on summary judgment, defendant reserves the right to require plaintiff to prove the truth of this allegation, which was averred in ¶ 41 of its complaint and in Plaintiff's Proposed Finding of Uncontroverted Fact No. 16.)

15. The key limitations dates and dates when plaintiff submitted its claims for refund as to 1987, 1988, and 1989 asserting additional deductions for FSC commissions payable to ATCI, and the dates when ATCI filed its letters asserting additional FSC commission income for 1987, 1988, and 1989 are as follows:

| | Abbott Laboratories (related supplier) | ATCI (FSC) |
|---|---|---|
| expiration of statute of limitations (SOL) for assessment of FIT for 1987, 1988, & 1989 (§6501) | 9-30-98 | 12-31-97 |
| expiration of SOL for filing refund claim of Federal Income Tax for 1987, 1988 & 1989 (§6511) | 3-30-99 | 6-30-98 |
| Date Abbott refund claim & ATCI letters filed as amended returns re FIT for 1987, 1988 & 1989 | 6-29-98 | 6-29-98 |

(Complaint ¶¶ 6, 8-12.)

16. On December 2, 2004, the IRS denied the claims for refund for 1987, 1988, and 1989, which Abbott Laboratories had filed on July 29, 1988. (Complaint ¶¶ 65, 68.)

Respectfully submitted,

June 22, 2007

s/George L. Squires

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

June 22, 2007

s/Mary M. Abate

Of Counsel