IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-778 T
Judge Allegra

ABBOTT LABORATORIES and
U.S. SUBSIDIARIES,

Plaintiff,

v.

UNITED STATES,

Defendant.

DEFENDANT'S RESPONSE TO PLAINTIFF'S
PROPOSED FINDINGS OF UNCONTROVERTED FACT

For purposes of the parties' cross-motions only, defendant states that it has no objection to plaintiff's proposed findings numbers 1 through 30.

Respectfully submitted,

June 22, 2007

s/George L. Squires
GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

June 22, 2007

s/Mary M. Abate
Of Counsel