03-2803T & 05-1265T, a situation which was not anticipated at the time the current briefing schedule was adopted.

Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 21 days through August 24, 2007, within which to file defendant's reply to plaintiff's brief in opposition to defendant's motion for summary judgment and supporting brief.

Respectfully submitted,

s/George L. Squires
GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

July 27, 2007