IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ABBOTT LABORATORIES U.S. and SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-778 T<br>Judge Allegra |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 21 days, from August 3, 2007, to and including August 24, 2007, within which to file defendant's reply to plaintiff's brief in opposition to defendant's motion for summary judgment and supporting brief. As good cause for granting this motion, defendant represents that the time requested is needed for defendant's counsel and the I.R.S. Chief Counsel's Office to review and evaluate the merits of plaintiff's argument, contained in pages 12 through 15 of its brief in this case filed on July 20, 2007, and not raised in its opening brief, filed on April 16, 2007, regarding application of the doctrine of equitable recoupment. In addition, defendant's counsel was granted an enlargement of time (until August 8, 2007) within which to file a brief in *Aben and Joan Johnson v. United States*, Nos. 01-428T,

03-2803T & 05-1265T, a situation which was not anticipated at the time the current briefing schedule was adopted.

Counsel for plaintiff has authorized defendant to inform the Court that plaintiff has no objection to the granting of defendant's motion.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 21 days through August 24, 2007, within which to file defendant's reply to plaintiff's brief in opposition to defendant's motion for summary judgment and supporting brief.

Respectfully submitted,

s/George L. Squires
GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

July 27, 2007