**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-778T**
**(Hon. Francis M. Allegra)**

**ABBOTT LABORATORIES AND U.S. SUBSIDIARIES,**

**Plaintiff**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant**

**MOTION TO SUBSTITUTE ATTORNEY FOR PURPOSES OF ORAL ARGUMENT**

1. Robert W. DeJoy is the Attorney of Record for the Plaintiff, Abbott Laboratories and U.S. Subsidiaries.

2. On November 13, 2007, the Court ordered a Hearing on the parties' cross-motions for summary judgment to be held on Friday, December 21, 2007, at 10:00 a.m. (EST).

3. The Plaintiff hereby moves to substitute Thomas V.M. Linguanti, of counsel in this matter, for Mr. DeJoy solely for the purpose of appearing before the Court at the Hearing on the parties' motions.

4. Mr. DeJoy will remain the Attorney of Record in this matter and consents to the substitution of Mr. Linguanti for the purposes of the Hearing.

Respectfully submitted,

s/ Thomas V.M. Linguanti

Robert W. DeJoy
Attorney of Record
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 891-3993

Thomas V.M. Linguanti
Robert S. Walton
Of Counsel
BAKER & McKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-2623

Counsel for Plaintiff,
Abbott Laboratories and U.S. Subsidiaries

Dated this 14th day of December, 2007