# In The United States Court of Federal Claims

No. 06-778T

(Filed: December 20, 2007)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 13, 2007, the court ordered that oral argument on the parties' motion for summary judgment would be held in this case on Friday, December 21, 2007. This oral argument has been cancelled by request of both parties in this matter. The court will reschedule this oral argument at a later date once it has had the opportunity to consult with counsel.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge