***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ABBOT LABORATORIES and U.S. SUBSIDIARIES, | ) | |
| Plaintiff | ) | |
| v. | ) | **No. 06-778 T** |
| | ) | **(Judge Allegra)** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph B. Syverson, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joseph B. Syverson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: January 17, 2008

s/ Joseph B. Syverson
Joseph B. Syverson, Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
Telephone: (202) 307-6508
Facsimile: (202) 514-9440
Joseph.B.Syverson@usdoj.gov