# In The United States Court of Federal Claims

No. 06-778T

(Filed: January 17, 2008)

---

ABBOTT LABORATORIES U.S. and
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The oral argument on the parties' motions for summary judgment that was originally scheduled for December 21, 2007, has been rescheduled for Thursday, February 14, 2008, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra Judge