# In The United States Court of Federal Claims

No. 06-778T

(Filed: February 22, 2008)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument in this case was conducted on February 14, 2008. At the conclusion of that argument, the court indicated that it needed supplemental briefing on the following matters as they bear upon the interpretation of Temp. Treas. Reg. § 1.925a-1T(e)(4) :

1. Whether anything concerning the interpretation of the subject regulation can be discerned from the relationship between the foreign sales corporation (FSC) and the predecessor domestic international sales corporation (DISC) provisions in the Code and, in particular, from Treas. Reg. 1.994-1(e)(4);

2. Whether anything concerning the interpretation of the subject regulation can be discerned from examining Temp. Treas. Reg. § 1.925a-1T(e)(3) and (5); and

3. Whether anything concerning the interpretation of the subject regulation can be discerned from either the legislative history of the FSC provisions or the predecessor DISC provisions.

The parties shall simultaneously file their supplemental briefs on these issues on or before March 21, 2008.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra Judge