No. 06-778 T
(Judge Allegra)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ABBOTT LABORATORIES AND U.S. SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

**APPENDIX TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

NATHAN J. HOCHMAN
Assistant Attorney General

DAVID GUSTAFSON
MARY M. ABATE
JOSEPH B. SYVERSON
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508
(202) 514-9440 (facsimile)

# TABLE OF CONTENTS

**Page(s)**

Text of S. 1804, 98th Cong. (1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Staff of the S. Comm. on Finance, 98th Cong., Deficit Reduction Act of 1984: Explanation of Provisions Approved by the Committee on March 21, 1984, S. Prt. 98-169 (Comm. Print 1984) .. . . . . . . . . . . . . . . . . . . . . . . . . 17

Staff of the J. Comm. on Taxation, 98th Cong., Replacement of Domestic International Sales Corporations (DISCs), Description of S. 1804 (Foreign Sales Corporation Act) Scheduled for a Hearing before the Committee on Finance November 18, 1983, JCS-61-83 (Comm. Print 1983).. . . . . . . . . . . . . . . . . . 35