# In The United States Court of Federal Claims

No. 06-778T

(Filed: April 3, 2008)

ABBOTT LABORATORIES U.S. and
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument in this case was conducted on February 14, 2008. On February 22, 2008, parties were ordered to file their initial supplemental briefings pertaining to the interpretation of Temp. Treas. Reg. § 1.925a-1T(e)(4). On or before May 5, 2008, parties shall file simultaneous supplemental response briefs on this same issue.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra Judge