IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-778 T
(Judge Allegra)

ABBOTT LABORATORIES AND U.S. SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of seven (7) days, from May 5, 2008, to May 12, 2008, for the parties to file simultaneous supplemental response briefs pursuant to the Court's order filed April 3, 2008. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney is assigned to two other cases pending in this Court in which the parties are presently briefing dispositive motions, both of which, like this case, involve novel legal issues. In one of these cases, defendant's motion for summary judgment is to be filed on or before May 2, 2008. In the second of these cases, defendant's reply to plaintiffs' response to its motion to dismiss is to be filed on or before May 5, 2008. In addition, the undersigned trial attorney's reviewer in this case is also the reviewer in the first of these cases. The seven-day period of enlargement requested herein is

necessary to allow time for the undersigned trial attorney to finish drafting the supplemental response brief in this case, and for the undersigned trial attorney's reviewer to review and finalize this brief, given the other matters pending in this Court described above to which they are assigned.

Defendant's counsel consulted with plaintiff's counsel by electronic mail on April 28, 2008, and plaintiff's counsel stated that plaintiff has no objection to the requested enlargement, so long as the time for both plaintiff and defendant to file their supplemental response briefs is enlarged by the same amount.

Respectfully submitted,

April 28, 2008

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

April 28, 2008

Of Counsel