# In The United States Court of Federal Claims

No. 06-778T

(Filed: August 26, 2008)

ABBOTT LABORATORIES U.S. and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Several issues in this case revolve around the interpretation and validity of 26 C.F.R. § 1.925-1T(e)(4).

It appears that temporary regulations were first promulgated under the newly-enacted foreign sales corporation regime on December 12, 1984. *See* Foreign Management and Foreign Economic Process Requirements of a Foreign Sales Corporation, 49 Fed. Reg. 48273 (Dec. 12, 1984). But, these regulations do not appear to have included section 1.925-1T(e) or any corollary thereto. These temporary regulations were issued "under the authority contained in section 924(d), 925(b), 927(d)(2)(B), and 7808." The preamble to these temporary regulations indicated that it was "impractical to issue these temporary regulations either with notice and public comment procedure under section 553(b) of title 5 of the United States Code." *Id.* On the same day these temporary regulations were issued, the Department of the Treasury issued a notice of proposed rulemaking that cross-referenced these temporary regulations, asking for public comment thereon. *See* Foreign Management and Foreign Economic Process Requirements of a Foreign Sales Corporation, 49 Fed. Reg. 48321 (Dec. 12, 1984).

The afore-mentioned proposed regulations appear to have been promulgated as final regulations on March 3, 1987, again apparently without including anything like 26 C.F.R. § 1.925-1T. *See* FSC Transfer Pricing Rules, Distributions, Foreign Tax Credit and Other Special Rules for FSC's, 52 Fed. Reg. 6468 (March 3, 1987). On that same day, the Department of the Treasury promulgated another set of temporary regulations, which appear to include 26 C.F.R.

§ 1.925-1T. FSC Transfer Pricing Rules, Distributions, Foreign Tax Credit and Other Special Rules for FSC's, 52 Fed. Reg. 6428 (March 3, 1987). The preamble to these regulations states that it was "impractical to issue these temporary regulations either with notice and public comment procedure under section 553(b) of Title 5 of the Code. *Id.* There does not appear to be any other activity with respect to 26 C.F.R. §1.925(a)-1T until 1998. *See* Source and Grouping rules for Foreign Sales Corporation Transfer Pricing, 63 Fed. Reg. 10305 (March 3, 1998).

Relying on these materials and others that may prove relevant, the parties shall, on or before September 10, 2008, file a short memorandum, no longer than five pages in length, addressing whether 26 C.F.R. § 1.925-1T(e)(4) was either an interpretative regulation or a legislative regulation during the taxable years in question. Extensions of this deadline will be granted only for extraordinary circumstances.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge